# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

SCOTT VINCENT,                          )
                                        )
    Plaintiff,                          )
                                        )
vs.                                     )   Civil Action No. CV 108-067
                                        )
GERALD JONES VOLKSWAGEN,                )
INC., d/b/a GERALD JONES HONDA,         )
et al.,                                 )
                                        )
    Defendants.                         )

## ORDER

The above and foregoing case having been previously assigned to the undersigned for plenary disposition, and it appearing the undersigned is recused,

IT IS HEREBY ORDERED that this case be reassigned to the Honorable William T. Moore, Jr., Chief Judge, for further assignment or or adjudication.

SO ORDERED this 30th day of May, 2008 in Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA