IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SCOTT VINCENT, | ) |
|     PLAINTIFF, | ) |
| v. | ) CIVIL ACTION No: CV 108 067 |
| GERALD JONES VOLKSWAGEN, INC. d/b/a GERALD JONES HONDA, HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., HONDA NORTH AMERICA, INC., HONDA OF AMERICA MANUFACTURING, INC, HONDA RESEARCH INSTITUTE JAPAN CO., LTD., HONDA R&D CO. LTD., HONDA R&D AMERICAS, INC., AND TAKATA CORPORATION, | ) |
|     DEFENDANTS. | ) |

## FIRST AMENDMENT TO COMPLAINT FOR DAMAGES

**COMES NOW, SCOTT VINCENT**, PLAINTIFF in the above-styled action, and files this First Amendment to his Complaint For Damages prior to initial service on any of the Defendants, showing the Court as follows:

1.

The Complaint as filed in this action contained a misnomer in which "Automobile R & D Center (TOGICHI), Inc." was named as a defendant. The proper defendant was the parent corporation, "Honda R&D Co., Ltd." The purpose of this amendment is to correct the name of that party defendant. Accordingly, the caption of the case is amended so as to delete "Automobile R&D Center (Togichi), Inc." and to insert in its place the proper defendant,

"Honda R&D Co., Ltd.".

2.

Paragraph 8 of the Complaint is deleted in its entirety and the following paragraph 8 is inserted in lieu of the original paragraph 8:

"8.

Defendant Honda R&D Co., Ltd. is an alien corporation of Japan which has committed a tort outside this state which has caused injury in this state. It may be served by delivering a copy of the Summons and Complaint pursuant to Article 10(a) to The Convention on The Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, commonly referred to as The Hague Convention, at 1-4-1, Chuo Wako-shi, Saitama-ken. When it is served with a copy of the Summons and Complaint, it will be subject to the jurisdiction of this Court."

All other allegations of the Complaint as originally filed are herein re-alleged as though set forth verbatim herein.

**ATTORNEYS FOR PLAINTIFF:**

JAMES E. CARTER
GA Bar No: 114400

JAMES E. CARTER
& ASSOCIATES, LLC
Post Office Box 22129
Savannah, Georgia 31403
(912) 236-7200 Telephone
(912) 236-4455 Facsimile

<u>Kenneth L. Royal</u>
KENNETH L. ROYAL
GA Bar No: 617415

ROYAL & VAUGHAN, P.C.
Post Office Box 14664
Savannah, Georgia 31416
(912) 351-0084 Telephone
(912) 351-0085 Facsimile

<u>Charles C. Stebbing, III</u>
CHARLES C. STEBBINS, III
GA Bar No: 677350

OF COUNSEL:
WARLICK, TRITT, STEBBINS
& MURRAY, LLP
Post Office Box 1495
Augusta, Georgia 30903-1495
(706) 722-7543 Telephone
(706) 722-1822 Facsimile