# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| SCOTT VINCENT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ). | |
| | ) | **FILE NO: CV 108 067** |
| GERALD JONES VOLKSWAGEN, INC., | ) | |
| d/b/a GERALD JONES HONDA, | ) | |
| AMERICAN HONDA MOTOR CO., INC., | ) | |
| AND TAKATA CORPORATION, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S DISCLOSURE OF EXPERT REPORTS ON THE ISSUE OF DAMAGES AS PROVIDED BY FED. R. CIV. P. RULE 26(a)(2)(B)

COMES NOW, **SCOTT VINCENT**, Plaintiff herein, and attaches hereto the reports of Kathy W. Willard, M.Ed., CRC, CDMS, CCM, CLCP, VE, (Exhibit "A") and Robert D. Coston, Ph.D., (Exhibit "B") as provided by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure within the time allowed by the Court.

Plaintiff also shows that as provided by Rule 26(a)(2)(B), the fee schedules, Curriculum Vitae, list of publications and list of deposition and trial testimony of Ms. Willard and Dr. Coston are also attached to their reports.

Plaintiff has not obtained Rule 26 reports from his treating physicians as it is Plaintiff's understanding from the language of Rule 26(a)(2) and the case law interpreting that rule that no such reports are required for such witnesses.

However, in the interest of full disclosure, Plaintiff's treating physicians, none of whom were retained or selected by Plaintiff's counsel, are expected to provide testimony concerning Plaintiff's medical care and treatment, as well as concerning their opinions about the cause and extent of his injuries, his prognosis and need for future medical, personal and rehabilitative care, and also pertaining to such other matters as may be attendant thereto.  All such testimony is expected to be based upon the education, training and experience of Plaintiff's treating physicians, as well as the knowledge they acquired during the course of their treatment of Plaintiff.

This 4th day of December, 2008.

ROYAL & VAUGHAN, PC

By: _____
Kenneth L. Royal, Esq.
Georgia Bar No.: 617415

Post Office Box 14664
Savannah, Georgia 31416
Phone: 912-351-0084

JAMES E. CARTER &
ASSOCIATES, LLC

By: James E. Carter_____
James E. Carter, Esq.
Georgia Bar No.: 114400

Post office Box 22129
Savannah, Georgia 31403
Phone: 236-7200

-2-

WARLICK, TRITT, STEBBINS
& MURRAY, LLP


By:  Charles C. Stebbins, III
     Charles C. Stebbins, III, Esq.
     Georgia Bar No.: 677350

Post Office Box 1495
Augusta, Georgia 30903
706 722-7543

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| **SCOTT VINCENT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ). | |
| | ) | **FILE NO: CV 108 067** |
| **GERALD JONES VOLKSWAGEN, INC.,** | ) | |
| **d/b/a GERALD JONES HONDA,** | ) | |
| **AMERICAN HONDA MOTOR CO., INC.,** | ) | |
| **AND TAKATA CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of PLAINTIFF'S DISCLOSURE OF

EXPERT REPORTS ON THE ISSUE OF DAMAGES PURSUANT TO FED. R.

CIV. P. RULE 26(a)(2)(B) upon counsel of record via FedEx or other approved overnight

courier service, properly addressed and with sufficient payment to ensure delivery to:

Charles K. Reed, Esq.
Jill Kuhn, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia  30308

And via hand delivery to:

Marvin  W. McGahee, Esq.
Brennan & Wasden, LLP
411 E. Liberty Street
Savannah, GA  31401

This 4th day of December, 2008.

ROYAL & VAUGHAN, PC

By: _____
Kenneth L. Royal, Esq.
Georgia Bar No.: 617415
Attorney for Plaintiff

Post Office Box 14664
Savannah, Georgia 31416
Phone: 912-351-0084

# EXHIBIT "A"

REHABILITATION AND LIFE CARE PLAN

CONCERNING

# SCOTT VINCENT

PREPARED BY

KATHY W. WILLARD, M.Ed., CRC, CDMS, CCM, CLCP, VE
LICENSED PROFESSIONAL COUNSELOR

# TABLE OF CONTENTS

I.    REHABILITATION AND LIFE CARE PLAN:

      Demographic/Identifying Information
      Referral Information
      Medical Records
      Current Functioning
      Social, Vocational and Educational Data
      Rehabilitation Planning

II.   LIFE CARE PLAN CHARTS

III.  CURRICULUM VITA

# SECTION  I

# WILLARD REHABILITATION, INC.

Kathy Willard, M.Ed., LPC, CRC
 CDMS, CCM, VE

LuRae Ahrendt, RN, CRRN, CCM

Julie Burgess, M.Ed., CRC

Tracy Hiett, RN, CRRN, CCM

265 West Pike Street
Suite 1
Lawrenceville, GA 30045-4868

Phone:770-277-9235
Fax:   770-277-9236

December 1, 2008

## REHABILITATION AND LIFE CARE PLAN

### Demographic/Identifying Information:

| | |
|---|---|
| Name: | Scott Vincent |
| DOB: | 11/21/77 |
| DOI: | 6/12/06 |
| Primary Disability: | Spinal cord injury – C4 ASIA-A |

### Referral Information:

Scott Vincent, 31, was referred for rehabilitation assessment and appropriate rehabilitation planning by his attorney, Mr. Kenneth L. Royal, Esquire. Scott was evaluated in his home in Aiken, South Carolina and consultation was requested of his rehabilitation physician, Dr. Pamela Salazar. Given the severe and permanent nature of Mr. Vincent's injuries, medical recovery is not anticipated. Mr. Vincent's Plan is developed to provide the services and interventions Mr. Vincent needs to achieve maximum functioning and wellness. It is recognized that medical complications will occur. With enactment of Mr. Vincent's Rehabilitation and Life Care Plan it is felt that the frequency and severity of complications may be minimized.

### Medical Records:

Medical records indicate that Scott Vincent was 27 years of age when injured in a motor vehicle accident with rollover. It was noted at Erlanger Health Care System that Mr. Vincent was a restrained passenger in an automobile crash with prolonged extrication. He was diagnosed at Erlanger Health System with a C4 spinal cord injury. A two-level cervical vertebrectomy with internal fixation was performed on 6/14/06. Mr. Vincent was discharged on 6/23/06 to Roger C. Peace Rehabilitation Hospital. Dr. Harold Tsai diagnosed neurogenic bladder and the

patient was started on intermittent catheterizations. Mr. Vincent was inpatient at Roger C. Peace Rehabilitation Hospital until 9/1/06. He did require acute care hospitalization during his rehab stay for marked cervical retrolisthesis at C5 – C6 and required posterior stabilization from C3 through C7. Mr. Vincent developed deep vein thrombosis and also required Greenfield filter placement. His bladder was judged to be flaccid. He underwent surgery on 8/29/06 for placement of a suprapubic tube. At discharge from Roger C. Peace Rehab Hospital (9/1/06) Mr. Vincent was released to home in Aiken, South Carolina with follow-up in Augusta, Georgia at Walton Rehabilitation.

Mr. Vincent was evaluated by Dr. Pamela Salazar at Walton Rehabilitation Hospital on 9/12/06. Dr. Salazar diagnosed C4 tetraplegia, ASIA-A. Dr. Salazar noted medications to include Zanaflex, Baclofen, Zantac, Paxil, Claritin, Trazodone, Ditropan, Colace, Senokot, Dulcolax suppositories, Valium, and Aspirin. It was also noted that Mr. Vincent had no active movement below his shoulders. Dr. Salazar recommended Dr. Gerald Gordon for internal medicine follow-up and Dr. Jonathan Anderson for urological care in Aiken, South Carolina. Clonidine was prescribed for blood pressure greater than 180 systolically or severe headaches. It was also recommended that Mr. Vincent undergo a Baclofen pump trial to facilitate control of his severe spasticity.

Dr. Gordon did begin treating Mr. Vincent on 9/15/06 and his initial impression was that Mr. Vincent had a urinary tract infection and quadriplegia. Dr. Richard Eisenberg performed an EEG for Mr. Vincent on 9/22/06 and noted no epileptiform discharges. Dr. Charles Bean saw Mr. Vincent on 9/25/06 for urological consult and again urinary tract infection was noted with bladder spasms. Renal ultrasound was recommended. Dr. Bean also noted bladder stones in July 2007 as well as autonomic dysreflexia event. A cystoscopy was performed on 8/9/07 with removal of bladder stones and bladder biopsy was performed as well as changing of the suprapubic tube. It was recommended that irrigation increase and it was also noted that Mr. Vincent had chronic shoulder pain.

Dr. Gerald Gordon saw Mr. Vincent in office on 10/14/07 for left leg edema up to the thigh. There was noted to be a clot in the deep femoral vessel and patient was given subcutaneous Levonox. It was noted that the patient had received a Baclofen pump and had stones removed from his bladder. Dr. Gordon diagnosed depression, peripheral neuropathic disease, deep vein thrombosis on the left and quadriplegia C3 – C4.

Dr. Jonathan Anderson evaluated Mr. Vincent's urinary status in October 2007. He did indicate neurogenic bladder, cystitis and a history of bladder stones. The recurrent cystitis was determined and cultures and continuing antibiotics were recommended with return to clinic in three months.

Mr. Vincent continued to follow-up with Dr. Pamela Salazar. In November 2007 Dr. Salazar noted that the patient was being provided with increased attendant care hours. She reported continued chronic neck and shoulder pain and that the patient was receiving in-home occupational therapy one hour per week. Dr. Salazar was continuing to refill Mr. Vincent's Baclofen pump. In January 2008 Mr. Vincent in follow-up with Augusta Rehabilitation Associates complained of neck and shoulder pain which was reported as severe. The patient could not operate the motorized wheelchair with upper extremity control and required head control. Medications were changed to include a trial of Skelaxin. In March 2008 Dr. Charles Bean noted bladder stones, blood in the urine as well as sedimentation and a neurogenic bladder. CT scan was scheduled to rule out enlarged stones. Dr. Gordon noted on March 14, 2008 that Mr. Vincent had recurrent urinary tract infections, kidney stones and bladder stones. A cystoscopy was required on 3/14/08 with retrograde pyelogram, right ureteroscopy and stone manipulation as well as right stent placement. Mr. Vincent was in Aiken Regional Hospital from 3/14/08 through 3/19/08.

Mr. Vincent underwent a CT scan of the abdomen on 7/9/08 which demonstrated a right posterior lower lobe pulmonary nodule as well as right-sided nephrolithiasis with urethral stent in place. Dr. Jonathan Anderson did indicate that Mr. Vincent was diagnosed with urosepsis and he was admitted to Aiken Regional Medical Center on 8/25/08. Diagnoses included sepsis,

Rehabilitation and Life Care Plan
Scott Vincent
December 1, 2008
Page 4 of 8

urosepsis likely, MRSA, quadriplegia with spasticity, a remote stone and depression. The stone
was again removed and the stent was again placed. Mr. Vincent was again discharged to home
on 8/30/08.

Mr. Vincent has not been rehospitalized since that date.

**Current Functioning:**

On August 12, 2008 in-home occupational therapy noted that Mr. Vincent was able to exercise
with 1 ½ pounds of weight on his left upper extremity and 3 pounds of weight on his right upper
extremity for 20 repetitions with several short rest periods. It was noted that Mr. Vincent was
able to use his right hand to turn his power wheelchair on/off. Mr. Vincent does not have control
of his hands or wrists but does have gross movements of his upper extremities. He cannot grasp,
pinch, or manipulate objects with his hands. When in bed Mr. Vincent's upper extremities are
pulled by spasticity into flex positions over his head. While in bed Mr. Vincent is not able to
independently move his arms. When up in his wheelchair he can advance the chair with head
controls but cannot control his upper extremities to successfully use a joystick. Mr. Vincent is
dependent on others for grooming, feeding, dressing and toileting. He does continue his
suprapubic catheter which is currently changed on a weekly basis. He also receives continuing
occupational therapy.

Mr. Vincent's currently receives 56 hours a week of attendant care from the Head and Spinal
Cord Injury Association of South Carolina through his Medicaid. CNAs are provided from 6:30
a.m. to either 4:00 or 6:00 p.m. depending upon the week day. Weekends and evening hours
require the services of Mr. Vincent's mother, step-father or father. All three parents work
outside the home as well as care for their son.

Mr. Vincent indicates that his greatest trouble at this time is pain in his neck and inability to
utilize his upper extremities for functional activities. He is also bothered by dysreflexia
generally triggered by urinary tract infections, bladder or kidney stones or, possibly, pain.

Rehabilitation and Life Care Plan
Scott Vincent
December 1, 2008
Page 5 of 8

Mr. Vincent does use an abdominal binder, multi-podus boots and TED hose in an attempt to manage his blood pressure.

Mr. Vincent indicates that his goals are to not rely on his parents for care, to decrease the pain in his neck, to self-feed, to utilize a joystick for wheelchair control and to engage in recreational fishing. Mr. Vincent's strengths are his attitude, willingness to work in rehabilitation, ability to cough and clear his own secretions, and a history of secretion management since injury. Complications post-injury have included ingrown toenails, urinary infections, dysreflexia, pain and an inability to weightbear.

Mr. Vincent does not have a generator for his home. He lives in a single-wide mobile home with two ramps and he sleeps in a hospital bed. The hospital bed is too small. Mr. Vincent is six feet, two inches in height and his weight is approximately 240 pounds. He reports a weight gain of approximately 40 pounds since injury. He is not engaging in any cardiovascular exercise.

Mr. Vincent does indicate a loss of memory since injury. He reports a loss of consciousness at the time of the automobile accident and some difficulty with concentration post-injury. He has not undergone neuropsychological testing. Post-injury he indicates that he sleeps a great deal, grinds his teeth and is unable to regulate his body temperature. He reports he is often chilled and he experiences needles and pins as well as a hot and cold feeling in his upper extremities. He reports that he cannot taste food as he did prior to injury and that he has some blurring of his vision. Mr. Vincent indicates he becomes dysreflexic about once a month. He denies a sensation below the nipple line and he has no movement distal to this level. Mr. Vincent is totally dependent upon others for bed mobility, transfers and transportation. He does indicate that he has a 1995 Dodge Van with a Braun One-arm Lift. He does not have wheelchair tie-downs or a raised roof for his van and reports that he must be reclined in his wheelchair to get in the van. Mr. Vincent rarely leaves home and denies recreational travel. He does have a roll-in shower in the single-wide mobile home which is partially modified. He does have a shower chair and hand-held shower head.

## Social, Vocational and Educational Data:

Mr. Scott Vincent is 31 years of age. He was married at the time of the automobile accident and his estranged wife, Candice, was the driver of the vehicle. This couple has been married six years, however divorce is pending. The couple's daughter, Courtney (age 2), visits her dad one day a week when Mr. Vincent's mother, Debbie Thomas, is present. Mrs. Thomas indicates that the grandchild is able to crawl up in bed with her father and knows to touch his head and face so that he can feel her presence. Mr. Vincent reports that his daughter's visits are very important to him. He would like to be able to attend school and social events important to his daughter throughout her life.

Mr. Vincent reports a 9th grade education. He indicates that he dropped out of high school when his parents were divorcing and entered work in the construction fields at age 17. He reported special education services in middle school in reading. Vocational skills for Mr. Vincent were developed on the job and he indicates that he had two years experience with Coffee Construction and a history of self-employment in house trimming. At the time of the injury Mr. Vincent was anticipating full-time work in carpentry with financial backing from Mr. Giancroce. He anticipated making $27.50 an hour in construction. Mr. Vincent is able to describe his carpentry work as very skilled in trimming new housing construction and remodeling existing housing.

For vocational purposes, Mr. Vincent should be considered totally disabled. Neither a return to work nor vocational rehabilitation is thought to yield Mr. Vincent future earned wages.

## Rehabilitation Planning:

Mr. Scott Vincent is a good candidate for evaluation of tendon transfers. Dr. Pamela Salazar concurs that a referral to The Shepherd Center in Atlanta, Georgia would give Mr. Vincent opportunity for not only tendon transfer evaluation but also assistive technology training. The goals of both tendon transfers and technology training would be to give Mr. Vincent greater control of his environment. It is hoped that Mr. Vincent would be able to operate his wheelchair with joystick (T-bar). This would lessen the aggravation to his neck with head control of his

wheelchair and also improve accuracy in mobility. Improved self-esteem in community travel may be achieved with hand controls.

A tendon transfer would not return Mr. Vincent's ability to grasp or lift with hand involvement. He may, however, achieve some level of pinch between the thumb and first finger. He is able at this time to demonstrate some thumb movement and greater control may be achieved with tendon transfer. Additionally tendon transfers may improve Mr. Vincent's wrist control and thereby give him greater success in modified self-feeding (with universal cuff/splint). While these are gains are modest, they would be very significant for Mr. Vincent.

Technology training and the acquisition of appropriate electronic tools may allow Mr. Vincent to access a computer, get on the internet, turn on a fan, answer a phone, have a private telephone conversation, and possibly control his hospital bed. Changing positions in bed is not possible for Mr. Vincent. With electronic control of his bed he may be able to raise his feet, raise his head or lower the bed itself. Voice activation control of his television may allow him to turn on his television and turn it off at his discretion. The Shepherd Center in Atlanta, Georgia maintains a comprehensive assistant technology floor with all relevant equipment for spinal cord injured individuals. It is recommended that Mr. Vincent get assessment in this facility as well as appropriate training.

Mr. Vincent is currently receiving Medicaid which is paying for 56 hours a week of CNA care as well as nursing for Coumadin management and suprapubic tube changes. If Mr. Vincent should not be found eligible for Medicaid in the future, he will not have access to these services.

Mr. Vincent is hopeful that his parents and step-father may be relieved of caring for him. This client does require 24/7 nursing care. With additional training on medication management, skin integrity assessment and preventative measures Mr. Vincent may be successful in directing his care. At this time he is dependent upon others to know his medication dosages and his wellness program. Additional education is required following a neuropsychological examination. With the ability to direct his own care Mr. Vincent may be attended by CNAs with RN supervision.

Rehabilitation and Life Care Plan
Scott Vincent
December 1, 2008
Page 8 of 8

Mr. Vincent may live in Augusta for greater social and recreational support at Harison Heights. He would require his own nursing care at Harison Heights but would be provided social and recreational activities with others who have severe disability.  Mr. Vincent, in Augusta, would be able to participate in a group with other spinal cord injured men to achieve exercise in a modified wellness program.  Medical stability and emotional health will be enhanced through interaction with others.

Mr. Vincent will need to follow-up with Doctors Salazar, Gordon, Crawford, Bean/Anderson and Haas as indicated on Mr. Vincent's Rehabilitation and Life Care Plan.  It should be noted that Mr. Vincent's Rehabilitation and Life Care Plan indicates the minimal services required based on Mr. Vincent's permanent spinal cord injury.  Changes in health status, advances in the treatment of spinal cord injury or adjustments to medications will add additional services and interventions not identified on this Plan.  Mr. Vincent's Rehabilitation and Life Care Plan should be considered the minimal services recommended for Mr. Scott Vincent.

Kathy W. Willard, M.Ed., CRC, CDMS, CCM, CLCP, VE
Licensed Professional Counselor

KW:lbr

# SECTION II

FROM : AUGUSTA REHAB     Case 1:08-cv-00067-DHB-WLB   Document 32   Filed 12/04/08   Page 19 of 89
FAX NO. : 7067226566     Nov. 25 2008 04:51PM P2
11/24/2008 23:21    7702779236       WILLARD/AHRENDT       PAGE 02

Re: Scott Vincent

I have reviewed the Rehabilitation and Life Care Plan regarding Scott Vincent. I find the Rehabilitation and Life Care Plan dated November 24, 2008 to be an appropriate reflection of the current and future medical care needs of Scott Vincent.

_____    11/25/08
Pamela Salazar, M.D.                  Date

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent

### Projected Evaluations

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| *Assistive Technology Specialist* | 32 | Beginning 2009 | Every 5 years. | Assess assistive technology needs. | Per Unit | $800.00 $828.00 | Unit cost per evaluation. | Hunter Ramseur or Shepherd Center | 1 |
| | | Ending Life Exp. | | | Per Year | to | | | |
| *Dentist* | 32 | Beginning 2009 | Minimum of 1 time. | Evaluate Bruxism and effects of medications. | Per Unit | $100.00 $200.00 | Unit cost per visit. Does not include oral appliance. | Dr. George Crawford Aiken SC | 2 |
| | | Ending Life Exp. | | | Per Year | to | | | |
| *Dermatologist* | 32 | Beginning 2009 | Minimum of 1 time. | Exema evaluation. | Per Unit | $72.00 $100.00 | Unit cost per visit. | Aiken SC | 3 |
| | | Ending Life Exp. | | | Per Year | to | | | |
| *Home Accessibility Specialist* | 32 | Beginning 2009 | Minimum of 1 time. | Assess for accessibility and safety. | Per Unit | $2,000.00 $2,500.00 | Unit cost per visit. | All in One Accessibility | 4 |
| | 32 | Ending 2009 | | | Per Year | to | | | |
| *Neuro – Ophthalmologist* | 32 | Beginning 2009 | Minimum of 1 time. | Evaluate visual changes. | Per Unit | $600.00 | Unit cost per visit. | Dr. Dilip Thomas | 5 |
| | 32 | Ending 2009 | | | Per Year | | | | |

* Dates are inclusive, i.e., 2003-2005 equals 3 years.

 Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Projected Evaluations

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Neurologist* | 32 | Beginning 2009 | Minimum of 1 additional. | Hardware assessment. | Per Unit | $85.00 | Unit cost per visit. | Dr. Melvyn Haas Aiken Neurosciences |
| | | Ending | | | to | $200.00 | | |
| | 32 | Life Exp. | | | Per Year | | | 6 |
| *Neuropsychologist* | 32 | Beginning 2009 | 1 time only. | Assess cognition. | Per Unit | $2,000.00 | Approx. cost per evaluation. | Walton Rehab |
| | | Ending | | | to | $2,500.00 | | |
| | 32 | Life Exp. | | | Per Year | | | 7 |
| *Ophthalmologist* | 32 | Beginning 2009 | As needed. | Monitor vision. | Per Unit | $90.00 | Unit cost per visit. | Aiken Ophthalmology |
| | | Ending | | | to | $150.00 | | |
| | 32 | Life Exp. | | | Per Year | | | 8 |
| *Orthopedist* | 32 | Beginning 2009 | Minimum of 1 time. | Assess possible tendon transfer. | Per Unit | $150.00 | Unit cost per visit. | Peachtree Orthopedics, Atlanta |
| | | Ending | | | to | $250.00 | | |
| | 32 | Life Exp. | | | Per Year | | | 9 |
| *Pain Management Specialist* | 32 | Beginning 2009 | Minimum of 1 time. | Assess pain management needs. | Per Unit | $150.00 | Unit cost per visit. | Shepherd Pain Clinic, Atlanta |
| | | Ending | | | to | $300.00 | | |
| | 32 | Life Exp. | | | Per Year | | | 10 |

lcp 3 (22) Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235 Fax:770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent
### Projected Evaluations

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| Physiatrist | 32 | Beginning 2009 | | 4 times per year. | Manage rehab care. | Per Unit $95.00 | | Unit cost per visit. | Dr. Pamela Salazar | 11 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Physical Therapist Occupational Therapist | 33 | Beginning 2010 | | Every 2 - 3 years. | Assess home program. | Per Unit $456.00 | | Unit cost per evaluation. Cost for PT & OT. | Walton Rehab | 12 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Recreational Therapist | 32 | Beginning 2009 | | 1 time. | Modified recreation. | Per Unit $500.00 to $1,000.00 | | Unit cost per evaluation. | Shepherd Center | 13 |
| | 32 | Ending 2009 | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Urologist | 32 | Beginning 2009 | | 2 times per year and as needed. | Urological follow up. | Per Unit $85.00 | | Unit cost per visit. | Dr. Charles Bean Aiken Center for Urology | 14 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Wheelchair Seating and Positioning | 32 | Beginning 2009 | | Every 3 - 5 years. | Assess wheelchair and seating needs. | Per Unit $228.00 to $456.00 | | Unit cost per evaluation. | Walton Rehab | 15 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |

* Dates are inclusive, i.e., 2003-2005 equals 3 years.

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.

Page 3

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| Case Management | 32 | Beginning 2009 | 10 hrs./mo for 6 mos. As needed thereafter. | Medical, rehab and care coordination for maximum recovery. | Per Unit $80.00 | | Unit cost per hour. | To be determined. |
| | | Ending Life Exp. | | | Per Year | | | 16 |
| Gym Membership | 32 | Beginning 2009 | Monthly. | Modified exercise. | Per Unit $35.00 | | Unit cost per month. | Rehab Plus |
| | 32 | Ending Life Exp. | | | Per Year | | | 17 |
| Occupational Therapist | 32 | Beginning 2009 | 2 times per week for 6 mos. | Maximize function. | Per Unit $125.00  $150.00 | to | Approx. unit cost per visit. Add. therapy will be required with following tendon transfer surgery. | Trinity Home Health |
| | 32 | Ending Life Exp. | | | Per Year | | | 18 |
| Physical Therapist | 32 | Beginning 2009 | As needed. | | Per Unit $125.00  $150.00 | to | Unit cost per visit. | Trinity Home Health |
| | | Ending Life Exp. | | | Per Year | | | 19 |
| Podiatrist | 32 | Beginning 2009 | 2 - 4 times per year. | Foot care. | Per Unit $65.00  $100.00 | to | Unit cost per visit. | Dr. Mackie Walker Aiken SC |
| | | Ending Life Exp. | | | Per Year | | | 20 |

Page 4

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.        * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability:  Spinal Cord Injury

## Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|
| *Primary Care Physician/ Internist* | 32 | Beginning 2009 | Every 1 -2 months. | Monitor medical complications. | Per Unit $86.00 to $124.00 | Unit cost per visit. | Dr. Gerald Gordon | 21 |
| | | Ending     Life Exp. | | | Per Year | | | |
| *Psychologist* | 32 | Beginning 2009 | 2 times per month for 6 months. | Adjustment to injury counseling. | Per Unit $125.00 to $320.00 | Unit cost per visit. Multiple occurrences may be required. | To be determined. | 22 |
| | | Ending     Life Exp. | | | Per Year | | | |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

## Wheelchair(s) / Mobility / Maintenance

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Manual Wheelchair* | 29 | Beginning 2006 | Every 7 - 10 years. | Back up mobility. | Per Unit $3,000.00 | | Approx. unit cost each. | Care Medical |
| | | Ending | | | Per Year | | | |
| | | Life Exp. | | | | | | 23 |
| *Manual Wheelchair Maintenance* | 32 | Beginning 2009 | Every 2 - 3 years. | Service and repair. | Per Unit $50.00 $100.00 | to | Unit cost every 2 - 3 years. | Care Medical |
| | | Ending | | | Per Year | | | |
| | | Life Exp. | | | | | | 24 |
| *Portable Ramps* | 32 | Beginning 2009 | 1 time. | Accessibility. | Per Unit $400.00 $600.00 | to | Unit cost each. | Care Medical |
| | | Ending | | | Per Year | | | |
| | 32 | Life Exp. 2009 | | | | | | 25 |
| *Power Drive Wheelchair* | 31 | Beginning 2008 | Every 5 - 7 years. | Mobility. | Per Unit $27,000.00 | | Unit cost each. | National Seating & Mobility |
| | | Ending | | | Per Year | | | |
| | | Life Exp. | | | | | | 26 |
| *Power Drive Wheelchair Maintenance* | 32 | Beginning 2009 | Annually, except year of purchse. | Service and repair. | Per Unit | | Cost per year. | National Seating & Mobility |
| | | Ending | | | Per Year $1,000.00 | | | |
| | | Life Exp. | | | | | | 27 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.        * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Page 6

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Wheelchair(s) / Mobility / Maintenance

| Item / Service | Age | Year | | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Wheelchair Cushion* | 31 | Beginning | 2008 | | Every 3 - 5 years. | Positioning. | Per Unit | $450.00 | Unit cost each. | National Seating & Mobility | |
| | | Ending | | | | | | | | | |
| | | Life Exp. | | | | | Per Year | | | | 28 |
| *Wheelchair Pack* | 32 | Beginning | 2009 | | Every 2 - 3 years. | Carry personal items. | Per Unit | $25.00 | Unit cost each. | Care Medical | |
| | | Ending | | | | | to | $35.00 | | | |
| | | Life Exp. | | | | | Per Year | | | | 29 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.        * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

## Orthotics/Prosthetics

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| Compression Boots | 31 | Beginning | 2008 | Every 2 - 3 years. | Dysreflexia management. | Per Unit | $200.00 | Unit cost per pair. | AmeriMark | |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | 30 |
| Tendonesis Splint | 31 | Beginning | 2008 | Every 2 - 3 years. | Wrist control. | Per Unit | $1,000.00 | Approx. unit cost each. Surgery may reduce need. | Previously purchased. | |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | 31 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Durable Medical Items

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Beginning | Ending | Life Exp. | | | Per Unit | Per Year | | |
| *Full Electric Hospital Bed - Extra Long* | 32 | 2009 | | | Every 10 years. | Positioning. | $2,500.00 | | Unit cost each. | Care Medical |
| | | | | | | | | | | 32 |
| *Full Size Adjustable Bed - Maintenance* | 33 | 2010 | | | Annually, except year of purchase. | Service and repair. | | $100.00 | Cost per year. | Care Medical |
| | | | | | | | | | | 33 |
| *Low Air Loss Mattress* | 31 | 2008 | | | Every 5 - 7 years. | Positioning and skin integrity. | $1,500.00 to $2,000.00 | | Unit cost each. Specialty mattress / bed may be required with aging. | Care Medical |
| | | | | | | | | | | 34 |
| *Overbed Table* | 32 | 2009 | | | Every 10 years. | Activities of daily living. | $160.00 | | Unit cost each. | Care Medical |
| | | | | | | | | | | 35 |
| *Overhead Lift* | 32 | 2009 | 2009 | | 1 time. | Transfers. | $6,000.00 | | Unit cost each. | Guldmann |
| | | | | | | | | | | 36 |

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Durable Medical Items

| Item / Service | Age | Year (Beginning / Ending / Life Exp.) | Frequency/ Replacement | Purpose | Cost — Per Unit | Cost — Per Year | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Overhead Lift Maintenance | 33 | Beginning 2010 | Annually, except year of purchase. | Service and repair. | Per Unit | Per Year $200.00 to $400.00 | Cost per year. | To be determined. | 37 |
| Patient Lifter | 29 | Beginning 2006 | Every 10 - 20 years. | Transfers. | Per Unit $1,000.00 to $1,200.00 | Per Year | Unit cost each. | Care Medical | 38 |
| Patient Lifter Maintenance | 32 | Beginning 2009 | Every 2 - 3 years. | Service and repair. | Per Unit $150.00 to $180.00 | Per Year | Unit cost every 2- 3 years. | Care Medical | 39 |
| Roll in Shower Commode Chair | 32 | Beginning 2009 | Every 5 - 7 years. | Bathing. | Per Unit $1,200.00 to $1,500.00 | Per Year | Unit cost each. | Care Medical | 40 |
| Roll in Shower Commode Chair Maintenance | 33 | Beginning 2010 | Annually, except year of purchase. | Service and repair. | Per Unit | Per Year $50.00 | Cost per year. | Care Medical | 41 |

* Dates are inclusive, i.e., 2003-2005 equals 3 years.

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent

### Durable Medical Items

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Stander | 32 | Beginning 2009 Ending Life Exp. | 1 - 2 purchases. | Weight bearing. | Per Unit $2,800.00 to $3,200.00 Per Year | | Unit cost each. | Care Medical | 42 |
| Wedge | 32 | Beginning 2009 Ending Life Exp. | Every 3 - 5 years. | Positioning. | Per Unit $25.00 Per Year | | Unit cost each | Care Medical | 43 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

## Aids for Independent Function

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Environmental Control Unit - SciCare Light II, tash phone, bed controller* | 32 | Beginning | 2009 | Every 5 - 7 years. | Maximize functioning. | Per Unit | $3,810.00 | Unit cost each. | Tash Inc | 44 |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | |
| *Environmental Control Unit Maintenance* | 33 | Beginning | 2010 | Annually, except year of purchase. | Service and repair. | Per Unit | | Cost per year. | To be determined. | 45 |
| | | Ending | | | | Per Year | $150.00 | | | |
| | | | Life Exp. | | | | | | | |
| *Voice Activated Computer System - Laptop, software, head controlled mouse* | 32 | Beginning | 2009 | Every 5 years. | Maximize functioning. | Per Unit | $1,500.00 to $1,800.00 | Unit cost each. | To be determined. | 46 |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | |
| *Voice Activated Computer System - Maintenance* | 33 | Beginning | 2010 | Annually, except year of purchase. | Service and repair. | Per Unit | | Cost per year. | To be determined. | 47 |
| | | Ending | | | | Per Year | $150.00 to $180.00 | | | |
| | | | Life Exp. | | | | | | | |
| *Quad Fishing Pole* | 32 | Beginning | 2009 | 1 - 2 times. | Therapeutic recreation. | Per Unit | $200.00 to $455.00 | Unit cost each. | Adaptive Outdoorsman.com | 48 |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235 Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Supplies

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| *Abdominal Binder* | 32 | Beginning 2009 | Annually. | Dysreflexia management. | Per Unit $25.00 | | Unit cost each. | Care Medical | |
| | | Ending | | | | Per Year | | | |
| | | Life Exp. | | | | | | | 49 |
| *OPTION ONE -Bladder Program* Suprapubic Catheter Kit | 32 | Beginning 2009 | 4 per month. | Bladder program. | Per Unit $22.00 | | Unit cost per month. | UroMed | |
| | | Ending | | | | Per Year | | | |
| | | Life Exp. | | | | | | | 50 |
| *OPTION ONE -Bladder Program* Leg Bag | 32 | Beginning 2009 | 1 per month. | Bladder program. | Per Unit $8.00 | | Unit cost per month. | UroMed | |
| | | Ending | | | | Per Year | | | |
| | | Life Exp. | | | | | | | 51 |
| *OPTION ONE -Bladder Program* Bedside Bag | 32 | Beginning 2009 | 2 per month. | Bladder program. | Per Unit $13.00 | | Unit cost per month. | At Home Medical | |
| | | Ending | | | | Per Year | | | |
| | | Life Exp. | | | | | | | 52 |
| *OPTION TWO- Bladder Program* Intermittent Catheters | 32 | Beginning 2009 | 1 per day. | Bladder program. | Per Unit $45.00 to $60.00 | | Unit cost per month. | UroMed | |
| | | Ending | | | | Per Year | | | |
| | | Life Exp. | | | | | | | 53 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved          * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Page 13

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235   Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Supplies

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4x4 Split Dressing | 32 | Beginning | 2009 | 1 box per month. | | Per Unit | $14.00 | Unit cost per month. | UroMed | 54 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| 60 cc Syringes | 32 | Beginning | 2009 | 5 per month. | | Per Unit | $30.00 | Unit cost per month. | UroMed | 55 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Alcohol Swabs | 32 | Beginning | 2009 | 1 box per month. | Hygiene. | Per Unit | $3.00 | Unit cost per month. | UroMed | 56 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| KY Jelly | 32 | Beginning | 2009 | 2 - 3 tubes per month. | Bowel program. | Per Unit | $6.00 to $9.00 | Unit cost per month. | UroMed | 57 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Nonsterile Disposable Gloves | 32 | Beginning | 2009 | 2 - 3 boxes per month. | Hygiene | Per Unit | $16.00 to $24.00 | Unit cost per month. | UroMed | 58 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |

* Dates are inclusive, i.e., 2003-2005 equals 3 years.

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235   Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Supplies

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| *TED Hose* | 32 | Beginning | 2009 | 3 - 4 pairs per year. | Edema. | Per Unit $25.00 $34.00 | | Unit cost per pair. | UroMed | |
| | | Ending | Life Exp. | | | to | Per Year | | | 59 |
| *Underpads* | 32 | Beginning | 2009 | 2 per day. | Hygiene. | Per Unit $33.00 | | Unit cost per month. | UroMed | |
| | | Ending | Life Exp. | | | | Per Year | | | 60 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.          * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent
### Medication(s)

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Acyclovir 400 mg.* | 32 | Beginning 2009 Ending Life Exp. | 2 times per day. | | Per Unit $29.00 to $32.00 Per Year | | Unit cost per month. Not related to spinal cord injury. | Rite Aid CVS | 61 |
| Diazepam 2 mg.* | 32 | Beginning 2009 Ending Life Exp. | 4 times per day. | Muscle relaxant. | Per Unit $22.00 to $28.00 Per Year | | Unit cost per month. | Rite Aid CVS | 62 |
| Gabapentin 600 mg.* | 32 | Beginning 2009 Ending Life Exp. | 3 times per day. | Neuropathic pain. | Per Unit $93.00 to $102.00 Per Year | | Unit cost per month. | Rite Aid CVS | 63 |
| Hydrocodone 650 mg.* | 32 | Beginning 2009 Ending Life Exp. | 2 times per day. | Pain management. | Per Unit $26.00 to $29.00 Per Year | | Unit cost per month. | Rite Aid CVS | 64 |

*Medication many vary, however, conditions for which they are prescribed are considered chronic.

lcp 3  (22) Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.   * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan

## Scott Vincent

### Medication(s)

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability: Spinal Cord Injury

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 500 mg. (Naproxen)* | 32 | Beginning | 2009 | 2 times per day. | Pain management. | Per Unit $20.00 | to $23.00 | Unit cost per month. | Rite Aid CVS | 65 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Paxil 40 mg. (Paroxetine)* | 32 | Beginning | 2009 | Daily. | Depression management. | Per Unit $32.00 | to $36.00 | Unit cost per month. | Rite Aid CVS | 66 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Ranitidine 150 mg. (Zantac)* | 32 | Beginning | 2009 | 2 times per day. | GERD. | Per Unit $15.00 | to $19.00 | Unit cost per month. | Rite Aid CVS | 67 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |
| Sanctura 20 mg.* | 32 | Beginning | 2009 | 2 tabs daily. | Bladder spasms. | Per Unit $135.00 | to $144.00 | Unit cost per month. | Rite Aid CVS | 68 |
| | | Ending | | | | Per Year | | | | |
| | | Life Exp. | | | | | | | | |

*Medications may vary, however, conditions for which they are prescribed are considered chronic.

kp 3  (22) Copyright 1994-2004 TechSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

# Life Care Plan
## Scott Vincent
### Medication(s)

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Clonidine 0.1 mg. | 32 | Beginning 2009 | As needed. | Dysreflexia. | Per Unit $10.00 | to $12.00 | Unit cost per month. (Cost for #30) | Rite Aid CVS | 69 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| Stool Softener* | 32 | Beginning 2009 | As needed. | Bowel. | Per Unit $10.00 | | Unit cost every 2 months. | Rite Aid CVS | 70 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| Trazodone 50 mg. | 32 | Beginning 2009 | 1 1/2 nightly. | Sleep. | Per Unit $18.00 | to $23.00 | Unit cost per month. | Rite Aid CVS | 71 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| Warfarin 3 - 5 mg.* | 32 | Beginning 2009 | Daily. | Anti Coagulant. | Per Unit $16.00 | to $19.00 | Unit cost per month. | Rite Aid CVS | 72 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |

*Medications may vary, however, conditions for which they are prescribed are considered chronic.

lcp 3  (22)  Copyright 1994-2004 TechSolutions, Inc. All Rights Reserved.     * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**Life Care Plan**

**Scott Vincent**

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

## Home Care/ Facility Care

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| OPTION ONE Attendant Care - CNA | 32 | Beginning 2009 | 24 hrs per day. | Monitored care. | Per Unit $18.00 | to $23.00 | Unit cost per hour. | Southern Home Care (Rescare) | 71 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| OPTION ONE Domestic Assistance | 32 | Beginning 2009 | 2 times per month. | Heavy house cleaning. | Per Unit $65.00 | to $75.00 | Unit cost per visit. | To be determined. | 72 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| OPTION ONE House and Yard Maintenance | 32 | Beginning 2009 | 8 - 10 hrs per month. | | Per Unit $10.00 | | Unit cost per hour. | To be determined. | 73 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| OPTION ONE Skilled Nurse Visit | 32 | Beginning 2009 | 1 time per week. | Change catheter, medication set up and assessment. | Per Unit $120.00 | | Unit cost per visit. | Southern Home Care (Rescare) | 74 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |
| OPTION TWO Supported Apartment | 32 | Beginning 2009 | Monthly. | | Per Unit $2,000.00 | | Unit cost per month. | Harison Heights | 75 |
| | | Ending | | | Per Year | | | | |
| | | Life Exp. | | | | | | | |

lcp 3   (22)   Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.          * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**Life Care Plan**

**Scott Vincent**

DOB: Nov 21, 1977
D/E: Jun 12, 2006
Date Prepared: Nov 24, 2008
Primary Disability:  Spinal Cord Injury

## Home Care/ Facility Care

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| OPTION TWO | | Beginning 2009 | 24 hrs per day. | Monitored care. | Per Unit | $18.00 | Unit cost per hour. | Southern Home Care (Rescare) |
| Supported Apartment - Attendant Care | 32 | Ending | | | to | $23.00 | | Maxim |
| | | Life Exp. | | | Per Year | | | 76 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.      * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Future Medical Care Routine

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Complete Metabolic Panel and CBC | 32 | Beginning 2009<br>Ending<br>Life Exp. | Minimum of 1 time per year. | Medical follow up. | Per Unit $185.00<br>$210.00<br>to<br>Per Year | | Unit cost per occurrence. | Quest<br>Walton Rehab Hospital | 77 |
| Nerve Conduction Study | 32 | Beginning 2009<br>Ending<br>Life Exp. | Minimum of 1 time. | | Per Unit $350.00<br>Per Year | | Unit cost each. | Shepherd Center | 78 |
| Pro Time | 32 | Beginning 2009<br>Ending<br>Life Exp. | 1 time per month. | Monitor anticoagulant. | Per Unit $65.00<br>Per Year | | Unit cost each. | Quest | 79 |
| Renal Ultrasound | 32 | Beginning 2009<br>Ending<br>Life Exp. | 1 time per year. | Monitor urological function. | Per Unit $400.00<br>Per Year | | Unit cost each. | Aiken Regional Medical Center | 80 |
| Urine Culture | 32 | Beginning 2009<br>Ending<br>Life Exp. | 3 - 4 times per year. | Monitor for infection. | Per Unit $145.00<br>Per Year | | Unit cost each. | Aiken Regional Medical Center | 81 |

lcp 3  (22)  Copyright 1994-2004 TechSolutions, Inc. All Rights Reserved.

* Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Future Medical Care Routine

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | | Cost | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Urodynamics* | 32 | Beginning 2009 | Every 3 - 5 years. | Monitor urological function. | | Per Unit $1,800.00 $2,300.00 | Unit cost each. | Aiken Regional Medical Center |
| | | Ending Life Exp. | | | to | Per Year | | 82 |
| *X-Rays* | 32 | Beginning 2009 | As needed. | Orthopedic and respiratory follow up. | | Per Unit $65.00 $240.00 | Approx. cost per occurrence. Cost dependent upon number of views. | Walton Rehab Hospital |
| | | Ending Life Exp. | | | to | Per Year | | 83 |

lcp 3  (22)  Copyright 1994-2004 TociSolutions, Inc. All Rights Reserved.      * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent
### Transportation

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Modified Van with Lift* | | Beginning 2009 | Every 7 years. | Accessible transportation. | Per Unit $50,000.00 to $60,000.00 | | Unit cost each. | R & R Van Handicapped Drivers |
| | 32 | Ending Life Exp. | | | Per Year | | | |

84

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.      * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent
### Architectural Renovation(s)

| Item / Service | Age | Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Generator* | 32 | Beginning | 2009 | Every 10 - 20 years. | Back up power source. | Per Unit | $800.00 | Unit cost each. | Home Depot | 85 |
| | | Ending | | | | Per Year | | | | |
| | | | Life Exp. | | | | | | | |
| *Generator Maintenance* | 33 | Beginning | 2010 | Annually, except year of purchase. | Service and repair. | Per Unit | | Cost per year. | To be determined. | 86 |
| | | Ending | | | | Per Year | $100.00 | | | |
| | | | Life Exp. | | | | | | | |
| *Housing Modifications* | 32 | Beginning | 2009 | 1 time. | Accessibility and safety. | Per Unit | $50,000.00 | Approx. cost. | To be determined. | 87 |
| | 32 | Ending | 2009 | | | Per Year | | | | |

One floor house. Carport or garage with covered walkway. Accessible entrances. 36 doorways throughout house. Emergency access off of bedroom. Accessible bathroom with roll in shower, grab bars, anti scald valves and hand held shower head. Fire safety equipment

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.        * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235  Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan
## Scott Vincent

### Acute Medical Intervention

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| Baclofen Pump Refills | 32 | Beginning 2009 | Every 3 months. | Spasticity management. | Per Unit $2,650.00 | | Unit cost per occurrence. | Dr. Salazar | |
| | | Ending Life Exp. | | | | Per Year | | | 88 |
| Baclofen Pump Replacement | 32 | Beginning 2009 | Every 5 - 7 years. | Spasticity management. | Per Unit $20,000.00 to $25,000.00 | | Unit cost per occurrence. | MCG | |
| | | Ending Life Exp. | | | | Per Year | | | 89 |
| Lithotripsy | | Beginning Unknown | To be determined. | Bladder/ Kidney stones. | Per Unit | | Cost to be determined. | To be determined. | |
| | | Ending Unknown | | | | Per Year | | | 90 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved      * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Willard Ahrendt Rehabilitation, Inc.
265 Pike Street
Suite 1
Lawrenceville GA 30045
770.277.9235 Fax: 770.277.9236

**DOB:** Nov 21, 1977
**D/E:** Jun 12, 2006
**Date Prepared:** Nov 24, 2008
**Primary Disability:** Spinal Cord Injury

# Life Care Plan

## Scott Vincent

### Sexual Options

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| OPTION ONE - Sexual Function Medications - Viagra (Sildenafil), Cialis (Tadalafil), Levitra (Vardenafil) | | Beginning Unknown Ending Unknown | To be determined. | Sexual function. | Per Unit $34.00 $155.00 Per Year | to | Approx. cost per month. (Cost for 10). | Rite Aid CVS Pharmacy | 93 |
| OPTION TWO - Sexual Function Penile Injections or MUSE (Medicated Urethral System Erection) | | Beginning Unknown Ending Unknown | To be determined. | Sexual function. | Per Unit $160.00 $260.00 Per Year | to | Approx. cost for 6-8 doses of Alprostadil. | Rite Aid CVS Pharmacy | 94 |
| OPTION THREE - Sexual Function Vacuum Erection Device | | Beginning Unknown Ending Unknown | To be determined. | Sexual function. | Per Unit $300.00 $500.00 Per Year | to | Unit cost per device. Add. cost for supplies. | ErecAid | 95 |
| Fertility - Sperm Harvesting | | Beginning Unknown Ending Unknown | 1 time. | | Per Unit $1,000.00 $1,500.00 Per Year | to | Est. unit cost per occurrence. | To be determined. | 96 |
| Fertility - Intracytoplasmic Sperm Injection (ICSI) with In Vitro Fertilization (IVF) | | Beginning Unknown Ending Unknown | Minimum of 1 - 2 occurrences. | | Per Unit $20,500.00 $25,200.00 Per Year | to | Est. unit cost per occurrence. Cost MD fees, counseling, facility fees and meds. | To be determined. | 97 |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.

* **Dates are inclusive, i.e., 2003-2005 equals 3 years.**

Willard, Ahrendt Rehabiliation Inc.
265 Pike Street
Lawrenceville, GA 30045

# Life Care Plan

## Scott Vincent
## Potential Complications

**DOB:** 11/21/1977
**D/A:** 6/12/2006
**Date Prepared:** 11/24/2008
**Primary Disability:** Spinal Cord Injury

| Complication | Cost of Complication | Comment |
|---|---|---|
| Additional Skilled Nursing Care | Undetermined. | Medical complications may require skilled nursing care. |
| Additional Therapies / Physiatry Services | Undetermined. | Additional services may be required. |
| Case Management | Undetermined. | Additional services may be required for medical complications and problems with care coordination. |
| Chronic Pain | Undetermined. | Additional physician consults, testing, procedures  and hospitalizations may be required. |
| Neurological Complications | Undetermined. | Additional consults, testing, medications and hospitalizations may be required. |

Copyright 1994-2004 TracSolutions, Inc. All Rights Reserved.   CR 11

**Willard, Ahrendt Rehabilitation Inc.**
**265 Pike Street**
**Lawrenceville, GA 30045**

# Life Care Plan

## Scott Vincent
## Potential Complications

**DOB:** 11/21/1977
**D/A:** 6/12/2006
**Date Prepared:** 11/24/2008
**Primary Disability:** Spinal Cord Injury

| Complication | Cost of Complication | Comment |
|---|---|---|
| Orthopedic Complications | Undetermined. | Additional physician consults, testing, procedures and hospitalizations may be required. |
| Psychological / Depression Complications | Undetermined. | Additional consults, medications and hospitalizations may be required. |
| Respiratory Complications | Undetermined. | Additional physician consults, testing, procedures and hospitalizations may be required. |
| Urological Complications | Undetermined. | Additional physician consults, testing, procedures and hospitalizations may be required. |

Page 2

Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.   CR 11

# SECTION III

**KATHRYN W. WILLARD, M.Ed., LPC, CRC, CDMS, CCM, CLCP, VE**

**CURRICULUM VITAE**

**EDUCATION:**

1987:  50 Hours completed in Doctoral Program in Counseling
University of Georgia
Athens, Georgia

1979:  Masters in Education
Major in Rehabilitation/Vocational Counseling and Evaluation
University of Georgia
Athens, Georgia

1976:  Bachelor of Arts
Major in Psychology and Elementary Education
Rutgers University
Camden, New Jersey

**WORK EXPERIENCE:**

4/92 – Present:
**Willard Rehabilitation, Inc.**
Lawrenceville, Georgia
Rehabilitation Counselor/Evaluator

Client Population:  Persons with disabilities with emphasis on services to the
catastrophically injured

Duties Include:  Rehabilitation evaluation to assist individuals in developing life
goals, rehabilitation plans and vocational options compatible with physical and/or
psychological abilities.  Additional responsibilities include coordinating
rehabilitation efforts with doctors, lawyers, and employers.  Administrative
responsibilities include program development and evaluation.

**Work Experience (Continued):**

7/81 – 4/92:
>**The Institute for Comprehensive Rehabilitation and Recovery**
>Norcross, Georgia
>Director of Rehabilitation, Counselor and Evaluator
>
>Client Population:  Persons with disabilities with emphasis on services to the catastrophically injured.  Duties included evaluation to assist injured individuals in developing life goals, rehabilitation plans and vocational options compatible with physical and/or psychological abilities.  Additional responsibilities included coordinating rehabilitation efforts with doctors, lawyers, and employers and assessing appropriateness of services to be provided.  Administrative responsibilities included program development and evaluation.

1/85 – Present:
>**Office of Hearings and Appeals, Social Security Administration**
>Federal Government
>Vocational Expert

1/80 – 5/81:
>**Lerrell Limited**
>Athens, Georgia
>Counselor and Evaluator
>
>Client Population:  Workers' Compensation and Social Security Disability recipients
>
>Duties Included:  Vocational testing and counseling with job readiness training and vocational placement of clients.  Research on vocational options and disabilities.

8/76 – 12/79:
>**Augusta Easter Seals Center**
>Augusta, Georgia
>Counselor and Evaluator
>
>Client Population:  Persons with disabilities with emphasis on spinal cord injury, blindness, deafness, mental retardation and emotionally disturbed patients.
>
>Duties Included:  Developed and coordinated program for vocational assessment of the severely disabled including blind, deaf, multi-disabled, mentally retarded, back injured, brain injured, and emotionally disturbed patients.

**LICENSES AND CERTIFICATION:**

Certified Rehabilitation Counselor (1979)
Vocational Expert (1985)
Certified Disability Management Specialist (1986)
Licensed Professional Counselor (1987)
Certified Case Manager (1993)
Certified Life Care Planner (2005)

**PROFESSIONAL/ACADEMIC ASSOCIATIONS AND HONORS:**

1990 Rehabilitation Counselor of the Year, Georgia
1979 and 1985 Vocational Evaluation and Work Adjustment Association Annual Service
Award
National Honor Society in Psychology, membership awarded in 1976
National Counseling Association
National Rehabilitation Association
International Association of Rehabilitation Professionals
International Academy of Life Care Planners
International Brain Injury Association

**PRESENTATIONS:**

5/30/03 – Children's Healthcare of Atlanta, Atlanta, Georgia
"Planning for Your Child"

5/23/03 – ICLE, Atlanta, Georgia
"Assessing Life Care Plans and Vocational Issues"

5/16/02 – Children's Healthcare of Atlanta, Atlanta, Georgia
"Transition Planning for Children with Acquired Brain Injury"

3/8/02 – Case Management Society of America, Chattanooga Chapter, Chattanooga, TN
"Life Care Planning"

11/2-5/00 – American Association of Physical Medicine and Rehabilitation, Annual
Assembly and Technical Exhibition, San Francisco, CA
"Life Care Plans, Vocational Issues, and Settlement Structure 'Hot Buttons'"

9/28-29/00 – Medical College of Georgia, Annual Symposium, Augusta, Georgia
"Special Needs Child – Transition Planning – Achieving Function for the Future"

**Presentations (Continued):**

11/3/99 – National Organization of Social Security Claimant Representatives, New Orleans, Louisiana
"Medical, Legal, Vocational Aspects of Brain Injury"

7/29/96 – Association of Trial Lawyers of America, Boston, Massachusetts
Presentation of "Damages for the Severe Burn Injury Victim"

10/10/95 – State Board of Workers' Compensation, Atlanta, Georgia
"Social Security Catastrophic Designation"

8/94 – Georgia Workers' Compensation Conference

7/8/93 – Georgia Commission of Continuing Lawyer Competency
Workers' Compensation and Social Security Catastrophic Cases

3/25/93 – Regional Workers' Compensation Seminars, Georgia
"Vocational Issues in Catastrophic Injury"

12/92 – State Board of Workers' Compensation
"Meeting the Challenges of Community Based Treatment for Catastrophic Cases"

12/12/92 – Georgia Trial Lawyers Association
"Workers' Compensation and Social Security Catastrophic Cases"

8/25/92 – State Board of Workers' Compensation
"Catastrophic Injury: Realistically Determining Vocational Feasibility"

7/28/92 – Georgia NARPPS
"Evaluation of Vocational Potential of Traumatic Brain Injury Patients"

6/13/91 – Renaissance TBI Program and North Fulton Regional Hospital
"Legal Terminology and Depositions"

9/13/90 – Georgia Trial Lawyers Association
"Effective Use of the Rehabilitation Experts"

8/6/90 – State Board of Workers' Compensation
"Understanding Collateral Sources in Life Care Planning"

8/89 – State Board of Workers' Compensation
"Catastrophic Injury Case Settlement Considerations"

8/89 – Georgia Trial Lawyers Association
"Use of Life Care Plan in Litigation"

# WILLARD REHABILITATION, INC.

Kathy Willard, M.Ed., LPC, CRC
   CDMS, CCM, VE

LuRae Ahrendt, RN, CRRN, CCM

Julie Burgest, M.Ed., CPC

Tracy Hien, RN, CRRN, CCM

October 31, 2008

265 West Pike Street
Suite 1
Lawrenceville, GA 30045-4868

Phone: 770-277-9235
Fax:    770-277-9236

## PROFESSIONAL SERVICES AGREEMENT

### Kenneth L. Royal, **Attorney for Scott Vincent,**

(hereinafter referred to as "Client"), hereby contracts with **Willard Rehabilitation, Inc.** (hereinafter "Willard Rehab") to provide rehabilitation and life care planning services at the hourly rate of **Two Hundred Twenty-Five Dollars.** Deposition or Testimony shall be at the hourly rate of **Two Hundred Twenty-Five Dollars.**

**Royal & Vaughan, P.C.** shall be responsible for the payment of charges for services rendered by **Willard Rehab** to client and for all expenses incurred in connection therewith and shall pay said charges promptly upon receipt of billing. It is understood and agreed that failure by **Royal & Vaughan, P.C.** to pay for services or expenses within thirty days of billing shall authorize **Willard Rehab** to terminate additional services. It is understood and acknowledged that any balance due and owing beyond sixty days from the billing date shall bear interest at the rate of one and one-half percent per month or eighteen percent per annum. It is further understood and agreed that travel expenses may be requested in advance of travel and that neither reports nor testimony will be provided unless payment to **Willard Rehab** is current.

Any other services distinct from those provided herein, e.g., physician's services, occupational therapy services or evaluation, and physical therapy services or evaluations are not included in the agreement.

Dated this ____4th____ day of ____November____, 2008

By: _____
Kenneth L. Royal, Esquire
Royal & Vaughan, P.C.

By: _____
**Kathy W. Willard, M.Ed., CRC, CDMS, CCM, CLCP, VE**
**Licensed Professional Counselor**

# Articles Written by Kathryn Willard

*Post High School Rehabilitation Planning*

*Volunteer Placement*

*Vocational Evaluations of Persons with Brain Injury*

*Sheltered Workshops*

*Supported Employment*

*What is a Vocational Counselor?*

*Effective Use of the Rehabilitation Expert*

*Damages for the Severe Burn Injury Victim*

*Social Security & Worker's Compensation:  Meeting the Systems*

*Use of the Life Care Plan in Litigation*

*Effective Use of the Vocational Rehabilitation Specialist and the Economist*

*Vocational Rehabilitation in the Catastrophic Injury Case/Settlement Considerations*

*Using the Vocational Expert (or "How the Vocational Expert Can Be Your Friend")*

*Outcomes:  The Medical Model?*

*Special Needs Child*

**KATHY W. WILLARD, M. Ed, CRC, CDMS, CCM**
**TESTIMONY AND DEPOSITIONS**

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| Sasser, Kelsey | Scherffius, Ballard, Still, Et al. | Trial Testimony – 2/19/04 | Superior Court of Fulton County, GA 2003 CV 68680 |
| Harrison, Olandria | Janel, Willoughty, Et al. | Deposition – 3/1/04 | State Court of DeKalb County, GA |
| Monroe, Mark | Reynolds & McArthur | Deposition – 3/3/04 | Superior Court of Bibb County, GA |
| Howard, Paytie | Thomas, Means, Gillis & Seay, P.C. | Deposition – 3/4/04 | State Court of Fulton County, GA |
| Scott, Ronnie | Beasley, Allen, Et al. | Deposition – 3/9/04 | US Dist. Court – Middle Dist. AL, Northern Division |
| Jernigan, Jeffrey | Beasley, Allen, Et al. | Deposition – 3/23/04 | Circuit Court for Bullock County, Alabama |
| Byers, Sean | Thomas W. Malone, P.C. | Deposition – 3/29/04 | Superior Court – Hall County, GA |
| Milton, Guthrie | Butler, Wooten, Et al. | Deposition – 4/2/04 | US Dist. Court – Middle Dist of GA – Columbus Division |
| Beyersdorfer, Catherine | The Accurso Law Firm | Deposition – 4/16/04 | Circuit Court of Jackson County, Missouri |
| Malcolm, Hazel | Conley, Sacks & Griggs, LLP | Deposition – 4/20/04 | State Court of Fulton County, GA CA No. 02VS037658-C |
| Stafford-Fox, Diane | Webb Lindsey & Wade | Deposition – 5/3/04 | State Court of Fulton County, GA |
| Snider, Luke | Taylor, Harp & Callier | Trial testimony – 5/19/04 | Superior Court of Muscogee County, Georgia |
| Capitano, Guy, Jr. | Lewis & Lewis | Trial Testimony – 6/25/04 | State of NY Supreme Court: County of Chautauqua |
| Capitano, Guy, Sr. | Lewis & Lewis | Trial Testimony – 6/25/04 | State of NY Supreme Court: County of Chautauqua |
| Sluder, Greggory | Warshauer, Thomas, Thornton & Rogers | Deposition – 7/1/04 | State Court of Fulton County, GA. |
| Turnipseed, Michael | Beasley, Allen, Et al. | Trial Testimony – 7/19/04 | Circuit Court of Pickens County, AL |
| Mitchell, Barbara | Cuffie & Associates, P.C. | Deposition – 8/6/04 | Superior Court of Dougherty County, GA CA 03CV584-3 |
| Mitchell, Barbara | Cuffie & Associates, P.C. | Trial Testimony – 8/19/04 | Superior Court of Dougherty |

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| | | | County, GA CA 03CV584-3 |
| Nevitt, George (Neil) | Jones & Bell, P.C. | Deposition – 9/8/04 | State Court of Fulton County, GA CA 03-VS-051752-G |
| Thomas, Leonard | Thomas William Malone, P.C. | Deposition – 9/22/04 | State Court of Fulton County, GA CA 02VS039441H |
| King, Tom | Taylor, Harp, Callier & Morgan | Deposition – 9/29/04 | Circuit Court of 7th Judicial Circuit in and for Volusia County, FL. CA 2004-30339CICI Div. 31. |
| Rowe, Demarcus | Gershon, Willoughby, Getz & Smith | Deposition – 10/14/04 | Superior Court of Lowndes County, GA – CA 2002-CV-1085 |
| Billy Renfroe | Bealey, Allen, Et al. | Deposition – 10/22/04 | Circuit Court of Bullock County, AL |
| Nevitt, George (Neil) | Jones & Bell, P.C. | Trial testimony – 11/10/04 | State Court of Fulton County, GA CA 02VS039441H |
| Drayton, Fatisha | Kilpatrick Stockton, LLP | Deposition – 11/16/04 | US District Court – District of SC, Beaufort Division |
| Allmon, Malry | Reynolds and McArthur | Deposition – 1/14/05 | State Court of Houston County, GA |
| Verburg, Linda Sosebee | Devlin & Robinson | Deposition – 1/18/05 | State Court of DeKalb County, GA |
| Delli, Thomas | Law Office of Steven Gardner | Deposition – 1/31/05 | State Court of DeKalb County, GA |
| Barnes, Orin | The Joye Law Firm | Deposition – 2/7/05 | US District Court – South Carolina/Charleston Division |
| Bobo, Grady | Hasty, Pope & Ball, LLP | Deposition – 2/21/05 | State Court of Cobb County, GA |
| Neal, Emily | Butler, Wooten, Et al. | Deposition – 2/25/05 | Circuit Court of 9th Judicial Circuit, Orange County, Florida |
| Bobo, Grady | Hasty, Pope & Ball, LLP | Trial Testimony – 3/29/05 | State Court of Cobb County, GA |
| Beck, Donald Raymond | Reynolds & McArthur | Deposition – 4/6/05 | State Court of Bibb County, Georgia |
| Womack, Natasha | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 4/22/05 | Circuit Court of Lowndes County, AL. CA: CV-2003-138 |

**KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM**
**TESTIMONY AND DEPOSITIONS**

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| Means, John Franklin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 4/22/05 | Circuit Court of Lowndes County, AL. CA: CV-2003-138 |
| Frierson, Cayce | Kilpatrick Stockton, LLP | Deposition – 4/25/05 | Court of Common Pleas Fifth Judicial Circuit, State of SC; CA No. 03-CP-40-5847 |
| Agosta, Jimmy | Hyatt & Hyatt, P.C. | Deposition – 5/3/05 | State Court of Fulton County, GA CA No. 02-VS-041582-E |
| Monghan, Andy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 5/9/05 | Circuit Court of Wilcox County, AL. Civil Action No. CV-2003- 09 |
| Brailsford, Cory | Ricci–Leopold, PA | Deposition – 5/10/05 | Circuit Court of 17th Judicial Circuit – Broward County, Florida |
| Dean, Lesteria | Thomas Blaska & Associates | Deposition – 5/16/05 | Fulton County State Court CA: 04-VS-062361G |
| King, Elizabeth | Bullard, Garcia & Wangerin | Deposition – 5/19/05 | State Court of Bibb County, GA CA: 528-21 |
| Brady, John | Glaser Currie & Bullman, LLP | Deposition – 6/1/05 | State Court Fulton County, GA CA: 03 VS 59048 E |
| Jenkins, Johnny Daryl | Lin Jinks | Deposition – 7/8/05 | Circuit Court of Bullock County, AL CA: CV-04-71 |
| Byrd, Jason | Beasley, Allen, Et al. | Deposition – 7/13/05 | US Dist. Court – Middle Dist. of AL., Southern Division CA 1:04-CV—00477-A |
| Doerflinger, Christy | Kelly, Kelly & Allman | Trial Testimony – 7/29/05 | USDC Middle TN 1 02 0092 |
| Murphy, Cora | Taylor, Harp & Callier | Deposition – 8/2/05 | Superior Court Muscogee County, GA CA: SU01CV3120 |

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|--------|----------|---------------------|-------|
| Murphy, Cora | Taylor, Harp & Callier | Trial Testimony – 8/17/05 | Superior Court Muscogee County, GA CA: SU01CV3120 |
| Nichols, Kassie | Morgan & Morgan | Deposition – 9/14/05 | US Dist. Court – Middle District of FL, Tampa Division |
| Yarbrough, Thomas | Law Office of Robert M. Goldberg | Deposition – 9/19/05 | State Court Fulton County, GA CA 03-VS-049694-D |
| Ferran, Barbara | Haynesworth, Sinkler & Boyd, PA | Deposition – 9/14/05 | USDC-Dist. of SC, Charleston Div. CA No: 2:04-22433-23 |
| Eddins, Jessica | Beasley, Allen, Et al. | Deposition – 11/1/05 | CC of Baldwin County, AL CA CV-2004-131 |
| Jorgensen, Warner | Whetstone, Myers, Perkins & Young, LLC | Deposition – 12/6/05 | State of SC, Court of Common Pleas – CA# 4:04-171625 |
| Baker, Jody Williams | Searcy, Denney | Deposition – 12/20/05 | Commonwealth of KY, Whitley Circuit Court, Division Two CA: 03-CI-00377 |
| Alexander, Antorio | Glasser & Glasser | Deposition – 12/18/05 | SC of Fulton County, GA |
| Williams, Javarice | Gershon, Willoughby, Getz & Smith | Deposition – 1/13/06 | Super Court Henry County, GA CA: 02-CV-1185-C |
| Harn, Paul | Berger & Loewenthal, LLC | Deposition – 1/10/06 | State Court DeKalb County, GA CA: 04A17034-3 |
| Townsell, Jimmy | Beasley, Allen, Crow, Methvin, Et al. | Deposition – 3/6/06 | Circuit Court Jefferson County, AL CA: CV-05-2920 |
| Plunkett, Rodney | Thomas & Kane | Deposition – 3/8/06 | State Court Gwinnett County, GA CA: 05C-01717-5 |
| Matthews, Kandice | Ralph Hughes, Attorney at Law | Deposition – 3/21/06 | Superior Court Fulton County, GA CA: 2005CV103591 |
| Williams, Javarice | Gershon, Willoughby, Getz & Smith | Trial testimony – 3/22/06 | Super Court Henry County, GA CA: 02-CV-1185-C |
| Jenkins, Johnny Darryl | Jinks, Daniel & Crow | Deposition – 3/28/06 | Circuit Court Bullock County, AL |

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| | | | CA: CV-04-114 |
| Kim On | O'Neal, Brown & Clark | Deposition – 4/4/06 | State Court Crisp County, GA CA: 04-V-431 |
| Reid, Abby | Scherffius, Ballard, Still & Ayres | Deposition – 4/11/06 | Circuit Court Talladega County AL CA: CV-2004-282 |
| Beasley, Elijah | Dugan, Babij, & Tolley | Deposition – 5/25/06 | Circuit Court Desoto County MS CA: 2005-0053 CD |
| Malcolm, Hazel | Conley, Sacks & Griggs, LLP | Trial Testimony – 6/22/06 | State Court Fulton County, GA CA: 02-VS-037658-C |
| Godbee, Carlie | Kilpatrick Stockton, LLP | Deposition – 6/23/06 | USDC – Northern District Georgia Atlanta Division CA: 1:05-CV-2707-GET |
| Elliott, Elijah | Newman Law Firm | Deposition – 6/29/06 | State Court of Forsyth County, GA CA File No. 05SC-0315 |
| Cossey, Joey | The Accurso Law Firm | Deposition – 8/15/06 | Circuit Court City of St. Louis State of Missouri 022-09608A |
| Slaven, Jeff | Peter H. Strott, P.C. | Deposition – 9/28/06 | State of North Carolina County of Mecklenburg General Court of Justice Superior Court Division File No. 06-CVS-3688 |
| Focht, Nicholas | Thompson & Pantazis, P.L.L.C. | Deposition – 9/29/06 | |
| Stockbauer, Chad | The Accurso Law Firm | Deposition 10/5/06 | Circuit Court Jackson County, MO Case No. 03CV201124, Div. 17 |
| Slaton, Kenneth | Butler, Wooten & Fryhofer | Deposition – 10/20/06 | State Court Fulton County, GA CA: 04VS073118E |
| Lumpkin, Darrie | Beasley, Allen, Et al. | Deposition – 10/31/06 | Circuit Court Dallas County, Al. CA: CV-05-215 |

Page 5 of 9

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| Williams, Jermaine | Prince Glover Law Group | Deposition – 11/21/06 | CC Tuscaloosa County, AL CV -05-995 |
| Cobb, Jake | Groover & Childs | Deposition – 11/28/06 | US Dist. Court – Middle Dist. Macon Division CA#5:06-CV-066 |
| Martinez, Willie Sam | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 12/7/06 | State Court Houston County, GA CA:  2005V35397 |
| Bursey, Alisa | Malone Law Office, P.C. | Deposition – 12/11/06 | Superior Court Union County GA CA: 04-CV-413-DB |
| Smith, Azhane | Kilpatrick Stockton, LLP | Deposition – 12/13/06 | U.S. Dist. Court Middle District of GA CA: 5:06-CV-089 and CA: 5?06-CV-090 |
| Thorne, Carolyne | Beasley, Allen, Crow, Methvin, Et al. | Deposition – 12/28/06 | Circuit Court Montgomery County, AL – CV-2004-3069 |
| Poteet, Bennie | Hawkins & Parnell | Deposition – 1/9/07 | U.S. District Court Eastern District of TN Chattanooga Docket No. 1:05-cv-309 |
| Atkinson, Willard | Malone Law Office | Deposition – 1/31/07 | State Court Fulton County, GA CA: 2005EV00027D |
| Burns, Lynn | Butler, Wooten & Fryhofer | Deposition – 2/12/07 | Superior Court Cobb County, GA CAF: 05-1-9609-34 |
| Blankenship, Pamela | Malone Law Office | Deposition – 3/2/07 | State Court  Sumpter County, GA; CAFN: 04SV-235 |
| Beck, Donald Ray | Reynolds McArthur | Deposition – 3/19/07 | State Court Bibb County Georgia CAF No. 52974 |
| Sherf, Rafael | Malone Law Office | Deposition – 3/23/07 | State Court DeKalb County, GA CAFN 06A44840-3 |
| McKay, Arthur Bruce | Prince Glover Law Group | Deposition – 3/29/07 | US Dist. Court – N. Dist. Of AL Western Division CA# CV-03-BE-0590-W |

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| Thorne, Carolyne | Beasley Allen, Et al. | Trial Testimony – 4/12/07 | Circuit Court Montgomery County, AL – CV-2004-3069 |
| Atkinson, Willard | Malone Law Office | Trial Testimony – 5/22/07 | State Court Fulton County, GA CA: 2005EV000207D |
| Peterson, Cheryl | Rowen & Klonoski | Deposition – 5/31/07 | State Court Fulton County Georgia CAF No. 04VS072131E |
| Franks, John | Marsh, Richard & Bryan, P.C. | Deposition – 6/28/07 | Us Dist. Court Northern Dist. AL So. Div. CA: CV 06-H-0842-S |
| Sanders, Austin | The Smolar Firm | Deposition – 8/10/07 | State Court Cobb County, GA CAF: 98A-771-1 |
| Brazelton, Crystal | Butler, Wooten & Fryhofer | Deposition – 8/15/07 | State Court Cobb County, GA CAF: 07A1956-3 |
| Landberg, Ulf | Malone Law Office | Deposition – 9/11/07 | US Dist. Court Northern Dist. GA Atlanta Division CAF No. 1:06-CV-2971 |
| Cullum, Sam | Bednarz & Bednarz | Deposition – 10/16/07 | Sixth Circuit Court for Davidson County, TN Case No. 04C-2121 |
| Curry, Anthony | Jinks, Daniel & Crow | Deposition – 11/16/07 | Circuit Court Macon County, Alabamas |
| Cullum, Samuel | Bednarz & Bednarz | Trial testimony – 12/10/07 | Sixth Circuit Court for Davidson County, TN Case No. 04C-2121 |
| Harris, Reginald | Malone Law Firm | Deposition – 12/12/07 | Superior Court Dougherty County GA CAF# 06CV2533-1 |
| Cadet, Marie | Malone Law Firm | Deposition – 1/7/08 | State Court Fulton County, GA CAF: 2006EV001599 |
| Horne, Monte | Reynolds, Horne & Survant | Deposition – 1/29/08 | |
| Wilson, Timothy J. | Johnson & Ward | Deposition – 1/31/08 | State Court Fulton County, GA |

Page 7 of 9

**KATHY W. WILLARD, M. Ed, CRC, CDMS, CCM**
**TESTIMONY AND DEPOSITIONS**

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| | | | CAF: 3007cv001667b |
| Sanders, Austin | Smolar Law Firm | Trial testimony – 2/11/08 | State Court Cobb County, GA CAF: 98A-771-1 |
| Nowell, Gloria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 2/12/08 | Circuit Court of Houston County, AL CV 2006-270-H |
| Stockbauer, Chad | The Accurso Law Firm | Trial Testimony – 2/25/08 | Circuit Court Jackson County, MO Case No. 03CV201124, Div. 17 |
| Harris, Reginald | Malone Law Firm | Trial Testimony – 3/6/08 | Superior Court Dougherty County GA CAF# 06CV2533-1 |
| Beck, Danny | Malone Law Firm | Deposition – 3/14/08 | Superior Court Muscogee County, GA No. SU06CV-1303-05 |
| Stoudemire, Shayla | Frank M. Wilson, P.C. | Deposition – 3/20/08 | Circuit Court Coffee County, AL Alabama Elba Division |
| Coulter, Robert | O'Neal, Brown & Clark | Deposition – 4/1/08 | State Court Fulton County, GA 06VS093419A |
| Webb, William Cody | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 4/10/08 | Circuit Court Sumter County, AL CAF: 2005-82 |
| Brady, Todd | Franklin, Taulbee | Deposition – 4/15/08 | US Dist. Court Southern Dist of GA Brunswick Division CA# CV – 207-0235 |
| Eiland, Stephen | Kilpatrick Stockton, LLP | Deposition – 5/6/08 | Gwinnett County GA State Court CAF# 06-C-20145-S1 |
| Hester, Carl | Watkins, Lourie, Roll & Chance | Deposition – 5/12/08 | State Court DeKalb County, GA Case # 06A47765-4 |
| Nance, Aunderice | Bednarz & Bednarz | Deposition – 6/23/08 | Circuit Court Bradley County, TN Case No. V-06-559 s |

KATHY W. WILLARD, M. Ed., CRC, CDMS, CCM
TESTIMONY AND DEPOSITIONS

| Client | Attorney | Deposition/Testimony | Venue |
|---|---|---|---|
| Maybaum, Erica | Daughtery, Crawford, Fuller & Brown | Deposition – 6/24/08 | State Court Fulton County, GA CAF: 2007 EV00273B |
| Baldwin, Ethelene | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Deposition – 7/8/08 | Circuit Court of Montgomery County, Alabama CAF# CV 07-900142 |
| Lozano, Karina | Daughtery, Crawford, Fuller & Brown | Deposition – 8/8/08 | Superior Court Hall County, GA CA# 2007-CV-3243-B |
| Burchfield, Doug | Warshauer, Poe & Thornton | Deposition – 8/12/08 | US District Court Northern District of Georgia Atlanta Division CAF# 1:07-CV-1263 (TWT) |
| Wheeler, Lynn | Butler, Wooten & Fryhofer | Deposition – 8/15/08 | State Court Clayton County, GA CAF# 2007CV05570E |
| Watkins, John | Warshauer, Poe & Thornton | Deposition – 8/19/08 | US Dist Court – Northwestern Dist. Of Georgia Gainesville Division CAF# 2-07-CV-0152-RWS |
| Sirmans, Jeram | Beasley, Allen, Et al. | Deposition – 8/27/08 | Circuit Court for Mobile, AL CV-2007-900611.00 |
| Harris, Na'im | Franklin, Taulbee, Rushing | Deposition – 8/29/08 | State Court Chatham County, GA CAF# 1-03092-F |
| Adams, Taylor | Watkins, Lourie, Roll & Chance | Deposition – 9/30/08 | Superior Court Muscogee County, GA CAF# SU07CV3504-6 |
| Adams, Eve | Butler, Wooten & Fryhofer | Deposition – 10/27/08 | Circuit Court Washington County, Arkansas Case CV07-2554-5 |

# EXHIBIT "B"

*AN ECONOMIC ANALYSIS*

*OF THE VALUE OF*

*LOST EARNING CAPACITY,*

*CONTRIBUTIONS TO THE*

*HOUSEHOLD AND*

*LIFE CARE PLAN*

*MR. SCOTT W. VINCENT*

DECEMBER 1, 2008

PREPARED FOR:

MR. KENNETH L. ROYAL
ATTORNEY AT LAW
POST OFFICE BOX 14664
SAVANNAH, GEORGIA 31416

## TABLE OF CONTENTS

Page

I.    General Information and Assumptions Used
      in Appraisal Computations                                    1

II.   Summary of Lost Earning Capacity
      and Household Contributions                                  3

III.  Lost Future Basic Earnings                                   4

IV.   Lost Future Employer Contributions to
      the Fringe Benefits Program                                  5

V.    Lost Future Earnings - Supplemental Income                   6

VI.   Estimate of the Value of Lost Household Services             7

VII.  Discounted Value of Life Care Plan                           8

VIII. Summary of the Discounted Value of Lost
      Earning Capacity, Household Contributions,
      and Life Care Plan                                          10

      Certification

## APPENDICES

A.    Annuity Mortality Table for 1949, Ultimate.

B.    VITAE

## TABLE I

### Mr. Scott W. Vincent

### GENERAL INFORMATION AND ASSUMPTIONS

### USED IN APPRAISAL COMPUTATIONS

**Mr. Scott W. Vincent**

|  |  |
|---|---|
| Date of Birth - | November 27, 1977 |
| Date of Injury - | June 12, 2006 |
| Age at Injury - | 28.54 years |
| Years of Life Expectancy - | 45.98 years[1] |
| Years of Working Life - | 38.46 years |
| Age at Retirement - | 67.00 years |

**Source:**    [1]Annuity Mortality Table for 1949, Ultimate.

**EARNINGS:**

At the time of the accident, Mr. Vincent was employed as a carpenter. He also did side jobs on weekends and in the evenings. He was able to earn $200.00 to $250.00 a day for these jobs, estimated at $4,800.00 per year. For purposes of estimating the lost capacity to earn, estimated basic pay and earnings from side jobs was used.

## SUMMARY OF ASSUMPTIONS

(1)  It was assumed that Mr. Scott W. Vincent's working life was 38.46 years based upon a retirement age of 67 years.

(2)  It was assumed that Mr. Scott W. Vincent's average earnings would grow at 6% per year. The judgmental growth rate factor was based upon the following factors:  (a) The history of wages in the United States has reflected an upward movement in average hourly earnings.  (b) The history of consumer prices in the United States has shown a steady advance.  Taking these factors into consideration, it is my opinion that the above per annum growth rate in earnings for Mr. Scott W. Vincent is reasonable and conservatively predictable.

(3)  A 5% discount rate was selected.

## TABLE II

### Mr. Scott W. Vincent

### SUMMARY OF LOST EARNING CAPACITY

### AND HOUSEHOLD CONTRIBUTIONS

**Past Losses:**

| | |
|---|---|
| Basic Earnings, Benefits and Household Contributions | $132,028.73 |

**Discounted at 5% to November 26, 2008**

**Projections:**

| | | |
|---|---|---|
| A. | Basic Earnings | $1,927,035.13[1] |
| B. | Employer Contributions to the Fringe Benefits Program | $147,418.19[2] |
| C. | Supplemental Income | $205,550.41[3] |
| D. | Economic Value of Lifetime Services | $144,357.48[4] |
| | **TOTALS** | **$2,556,389.94** |

| | |
|---|---|
| **Discounted Value of Economic Losses** | **$2,556,389.94** |

[1] See Table III.
[2] See Table IV.
[3] See Table V.
[4] See Table VI.

Mr. Scott W. Vincent                                                    **Page 4**

# TABLE III

### Mr. Scott W. Vincent

### LOST FUTURE BASIC EARNINGS

|  | **Discounted at 5% to November 26, 2008** |
|---|---|
| Projected Earnings Based on Average Annual Earnings Increase of 6% per annum[1] | $1,927,035.13 |
| Discounted Value of Future Basic Income | $1,927,035.13 |

[1]In my opinion, future earnings should increase at an average annual earnings increase of 6% per annum.  Therefore, the loss of future basic income would be $1,927,035.13 discounted at 5% to November 26, 2008.

Mr. Scott W. Vincent                                                                 Page 5

**TABLE IV**

**Mr. Scott W. Vincent**

**LOST FUTURE EMPLOYER CONTRIBUTIONS**

**TO FRINGE BENEFITS PROGRAM**

|                                                                              | **Discounted at 5% to November 26, 2008** |
|------------------------------------------------------------------------------|-------------------------------------------|
| Loss Based on a 6% Average Increase in Contributions[1]                      | $147,418.19                               |
| Discounted Value of Diminished Employer Contributions to the Fringe Benefits Program | $147,418.19                       |

[1]In my opinion, a conservative estimate of future fringe benefits would be 7.65 percent of the annual salary.  Therefore, the diminished future employer contributions would be $147,418.19 discounted at 5% to November 26, 2008.

Mr. Scott W. Vincent

## TABLE V

### Mr. Scott W. Vincent

### LOST FUTURE EARNINGS

### SUPPLEMENTAL INCOME

|  | Discounted at 5% to November 26, 2008 |
|---|---|
| Projected Supplemental Income Based on an Average Annual Increase of 6%[1] | $205,550.41 |
| Discounted Value of Future Supplemental Income | $205,550.41 |

[1]In my opinion, future supplemental earnings should increase at an average annual rate of 6%. Therefore, the lost supplemental income would be $205,550.41 discounted at 5% to November 26, 2008.

## TABLE VI

### Mr. Scott W. Vincent

### ESTIMATE OF THE VALUE OF

### LOST HOUSEHOLD SERVICES[1]

|  | **Discounted at 5% to November 26, 2008** |
|---|---|
| Loss Based on a 6% Average Increase in Value of Services | $144,357.48 |
| Discounted Value of Lost Household Services | $144,357.48 |

[1]This estimate of lost household services was based on the current value of contributions estimated at $3,065.00 per year.

## TABLE VII

### Mr. Scott W. Vincent

### LIFE CARE PLAN[1]

|  | Discounted at 5% to November 26, 2008 |
|---|---|
| Projected Evaluations | $80,563.69 |
| Projected Therapeutic Modalities | $107,619.45 |
| Wheelchair(s)/Mobility/Maintenance | $421,761.66 |
| Orthotics/Prosthetics | $25,745.82 |
| Durable Medical Items | $105,907.33 |
| Aids for Independent Function | $87,784.98 |
| Supplies | $172,288.95 |
| Medication(s) | $373,892.59 |

### Table VII - cont'd.

|  | Discounted at 5% to<br>November 26, 2008 |
| --- | --- |
| Home Care/Facility Care | |
| Option I:        $10,137,933.95 | |
| Option II:       $10,692,672.13 | |
| Future Medical Care Routine | $130,519.36 |
| Transportation | $385,000.00 |
| Architectural Renovation(s) | $57,426.09 |
| Acute Medical Intervention | $996,884.97 |
| Sexual Options | Undetermined |
| Surgical Intervention | Undetermined |
| Potential Complications[2] | Undetermined |

## TOTAL DISCOUNTED VALUE OF LIFE CARE PLAN

Option I:      **$13,083,328.84**

Option II:     **$13,638,067.02**

[1]The Life Care Plan was prepared by Mrs. Kathy W. Willard, M.Ed., CRC, CDMS, CCM, CLCP, VE, Licensed Professional Counselor, 265 West Pike Street, Ste. A, Lawrenceville, Georgia 30045-4868.

[2]Because of the uncertainty of the frequency of occurrence of Potential Complications, no monetary value is determined.  Significant expenses could occur in the future that are not included in this report.

## TABLE VIII

### Mr. Scott W. Vincent

## SUMMARY OF THE DISCOUNTED VALUE OF

## LOST EARNING CAPACITY, HOUSEHOLD CONTRIBUTIONS,

## AND LIFE CARE PLAN

Lost Earning Capacity and
Household Contributions                                    $2,556,389.94

Discounted Value of Life Care Plan

        Option I:        $13,083,328.84

        Option II:       $13,638,067.02

**TOTAL ECONOMIC LOSS
RESULTING FROM INJURY**

        **Option I:**        **$15,639,718.78**

        **Option II:**       **$16,194,456.96**

## CERTIFICATE

I hereby certify that I have personally made an appraisal of the lost earning capacity and the discounted value of the life care plan of Mr. Scott W. Vincent and that no important factors significantly affecting the value were knowingly overlooked or withheld. I have no present or contemplated future interest therein and the fee received for this assignment is in no way contingent on the value reported. I further certify that to the best of my knowledge and belief the statements and opinions contained herein are correct as set forth.

Robert D. Coston, Ph.D.

APPENDICES

-A-

## ANNUITY MORTALITY TABLE FOR
## 1949, ULTIMATE

| Age | Expectation of Life (Years) Male | Female | Age | Expectation of Life (Years) Male | Female |
|---|---|---|---|---|---|
| 0 | 73.18 | 78.69 | 41 | 34.22 | 39.17 |
| 1 | 72.47 | 77.94 | 42 | 33.29 | 38.22 |
| 2 | 71.59 | 77.04 | 43 | 32.38 | 37.28 |
| 3 | 70.65 | 76.10 | 44 | 31.47 | 36.35 |
| 4 | 69.70 | 75.14 | 45 | 30.57 | 35.41 |
| 5 | 68.75 | 74.17 | 46 | 29.67 | 34.48 |
| 6 | 67.78 | 73.19 | 47 | 28.80 | 33.56 |
| 7 | 66.82 | 72.21 | 48 | 27.93 | 32.64 |
| 8 | 65.85 | 71.23 | 49 | 27.07 | 31.72 |
| 9 | 64.89 | 70.24 | 50 | 26.23 | 30.81 |
| 10 | 63.92 | 69.26 | 51 | 25.40 | 29.91 |
| 11 | 62.95 | 68.27 | 52 | 24.58 | 29.01 |
| 12 | 61.98 | 67.29 | 53 | 23.78 | 28.11 |
| 13 | 61.01 | 66.30 | 54 | 22.98 | 27.22 |
| 14 | 60.04 | 65.32 | 55 | 22.20 | 26.33 |
| 15 | 59.07 | 64.33 | 56 | 21.44 | 25.46 |
| 16 | 58.10 | 63.35 | 57 | 20.68 | 24.59 |
| 17 | 57.13 | 62.37 | 58 | 19.93 | 23.72 |
| 18 | 56.17 | 61.39 | 59 | 19.20 | 22.87 |
| 19 | 55.20 | 60.41 | 60 | 18.48 | 22.02 |
| 20 | 54.23 | 59.43 | 61 | 17.76 | 21.18 |
| 21 | 53.26 | 58.45 | 62 | 17.06 | 20.36 |
| 22 | 52.30 | 57.48 | 63 | 16.37 | 19.54 |
| 23 | 51.33 | 56.50 | 64 | 15.68 | 18.73 |
| 24 | 50.37 | 55.53 | 65 | 15.01 | 17.94 |
| 25 | 49.41 | 54.55 | 66 | 14.36 | 17.16 |
| 26 | 48.44 | 53.58 | 67 | 13.71 | 16.39 |
| 27 | 47.48 | 52.61 | 68 | 13.08 | 15.64 |
| 28 | 46.52 | 51.64 | 69 | 12.46 | 14.90 |
| 29 | 45.56 | 50.67 | 70 | 11.86 | 14.18 |
| 30 | 44.61 | 49.70 | 71 | 11.28 | 13.47 |
| 31 | 43.65 | 48.73 | 72 | 10.71 | 12.78 |
| 32 | 42.70 | 47.77 | 73 | 10.15 | 12.11 |
| 33 | 41.74 | 46.80 | 74 | 9.61 | 11.45 |
| 34 | 40.79 | 45.84 | 75 | 9.09 | 10.82 |
| 35 | 39.85 | 44.88 | 76 | 8.58 | 10.20 |
| 36 | 38.90 | 43.92 | 77 | 8.10 | 9.60 |
| 37 | 37.96 | 42.97 | 78 | 7.63 | 9.02 |
| 38 | 37.02 | 42.01 | 79 | 7.17 | 8.47 |
| 39 | 36.08 | 41.06 | 80 | 6.74 | 7.93 |
| 40 | 35.15 | 40.11 | 81 | 6.32 | 7.42 |

| | Expectation of Life (Years) | | | Expectation of Life (Years) | |
|---|---|---|---|---|---|
| Age | Male | Female | Age | Male | Female |
| 82 | 5.92 | 6.93 | 96 | 2.10 | 2.24 |
| 83 | 5.54 | 6.46 | 97 | 1.94 | 2.05 |
| 84 | 5.18 | 6.01 | 98 | 1.79 | 1.87 |
| 85 | 4.84 | 5.58 | 99 | 1.65 | 1.71 |
| 86 | 4.51 | 5.18 | 100 | 1.52 | 1.56 |
| 87 | 4.20 | 4.79 | 101 | 1.40 | 1.42 |
| 88 | 3.90 | 4.43 | 102 | 1.29 | 1.30 |
| 89 | 3.62 | 4.09 | 103 | 1.20 | 1.19 |
| 90 | 3.36 | 3.77 | 104 | 1.10 | 1.09 |
| 91 | 3.12 | 3.47 | 105 | 1.02 | 0.99 |
| 92 | 2.88 | 3.19 | 106 | 0.94 | 0.91 |
| 93 | 2.67 | 2.92 | 107 | 0.86 | 0.83 |
| 94 | 2.47 | 2.68 | 108 | 0.75 | 0.73 |
| 95 | 2.28 | 2.45 | 109 | 0.50 | 0.50 |

**Cross references.**--As to admissibility of this table in cases of wrongful death or permanent personal injury, see 24-4-45.

Source:    Official Code of Georgia Annotated, Volume 20, Title 24, Evidence.

# ROBERT D. COSTON

*Post Office Box 1398*
*Statesboro, Georgia 30459*

## CURRENT POSITION

Emeritus Professor of Economics, Department of Finance and Economics, Georgia Southern University, Statesboro, Georgia

## ACADEMIC EXPERIENCE

**Professor of Economics, College of Business Administration,**
GEORGIA SOUTHERN UNIVERSITY

**1991-2001**
STATESBORO, GEORGIA

**Associate Dean of the School of Business and Director, Center for Management Development**
GEORGIA SOUTHERN UNIVERSITY

**1988 - 1991**
STATESBORO, GEORGIA

**Professor and Head, Department of Economics**
GEORGIA SOUTHERN UNIVERSITY

**1985 - 1988**
STATESBORO, GEORGIA

**Associate Professor and Head, Department of Economics**
GEORGIA SOUTHERN UNIVERSITY

**1975 - 1985**
STATESBORO, GEORGIA

**Assistant Professor and Acting Head, Department of Economics**
GEORGIA SOUTHERN UNIVERSITY

**1972 - 1975**
STATESBORO, GEORGIA

**Assistant Professor, Department of Economics**
GEORGIA SOUTHERN UNIVERSITY

**1970 - 1972**
STATESBORO, GEORGIA

## EDUCATION

**Bachelor of Science in Business Administration**
NORTHEAST LOUISIANA UNIVERSITY

**Graduated 1965**
MONROE, LOUISIANA

**Master of Business Administration**
NORTHEAST LOUISIANA UNIVERSITY

**Graduated 1967**
MONROE, LOUISIANA

**Doctor of Philosophy in Economics**
UNIVERSITY OF ARKANSAS

**Graduated 1973**
FAYETTEVILLE, ARKANSAS

## FIELDS OF SPECIALIZATION

- Monetary Theory
- Macroeconomic Theory
- Business Economics
- Economic Education
- Economic Development

## PUBLICATIONS

- "Regional Economic Development:  The Role of the School of Business," *Proceedings of the Midsouth Academy of Economics and Finance*, 1991, pg. 149-152.

- "Manufacturing Training Needs in the Sunbelt," *Atlantic Economic Journal*, Abstract, March 1991, Vol. XIX, No. 1, p. 73.

- "Manufacturing Training Needs in the Sunbelt," *Atlantic Economic Society Best Paper PROCEEDINGS*, January 1991, Vol. 1, No. 1, p. 122.

- "The Roles of Faculty Activities, Academic Ranks and Sex Discrimination in Determining Faculty Salaries," *Proceedings of the Southwestern Society of Economists*, 1988, p. 20 with Robert W. Stone (Abstract).

- "Economic Development As An Emerging Mission of Schools of Business," *Proceedings of the Western Social Science Association*, April 26-29, 1989, p. 14 (Abstract).

- "Managerial Perspectives of the Shorter Workweek in Georgia Manufacturing Firms," *Atlantic Economic Journal*, April 1974, pp. 62-69, (co-author).

- "Toward a Four-Day Workweek:  A Survey in Georgia's Apparel Industry," *Atlanta Economic Review*, September-October, 1973, pp. 26-27, (new title - *Business*).

- "Courses in Economics Should be Required," *Southern Business Review*, 4th quarter, 1974, (co-author).

- "The Extent of Economics Education in the Secondary School Systems in Georgia," *The Dekalb Business and Economic Journal*, Vol. 3, (Fall 1975), (co-author).

- "Pareto Optimality of Policy Proposals With Probabilistic Voting" a published commentary, *Atlantic Economic Journal*, Vol. X, No. 1, (March 1982).

- "U.S. Sugar Regulation From the Urban Consumer Point of View" a published commentary, *Atlantic Economic Journal*, Vol. XI, No. 1, (March 1983).

- "An Examination of a State Mandate Requiring an Economics Course in High Schools:  A Case Study of the Effects of Economic Education in Georgia" a published commentary, *Atlantic Economic Journal*, Vol. XII, No. 1, (March 1984), (co-author).

- "Teaching Price Elasticity of Demand in Principles of Microeconomics Courses" a published commentary, *Atlantic Economic Journal*, Vol. XII, No. 1, (March 1984), (co-author).

## HONORS, CIVIC AND PROFESSIONAL AFFILIATIONS

- Founder and Member of Board of Directors, Eagle Bank and Trust - 1990 to present

- Member, Board of Directors, Eagle Bancorp, Inc.

- Past Member, Economic Development Committee, Statesboro-Bulloch County Chamber of Commerce

- Past Member, Strategic Planning Committee, Statesboro Bulloch County Chamber of Commerce - 1995

- President, Statesboro-Bulloch County Chamber of Commerce 1988

- Development Authority of Bulloch County - 1986 to 1989

- President, Georgia Association of Economics and Finance - 1986

- President, Statesboro Optimist Club - 1973

*Robert D. Coston*                                                                                          *Page 3*

- Outstanding Young Men of America - 1976

- Honored as Outstanding Teacher - 1977

- President, Midday Optimist Club of Statesboro - 1978-1979

- Lieutenant Governor, Georgia District, Optimist International -1980-1981

- Omicron Delta Epsilon

- Beta Gamma Sigma

- Delta Sigma Pi

# ROBERT D. COSTON, PH.D.

## CONSULTING ECONOMIST

EMERITUS PROFESSOR OF ECONOMICS
COLLEGE OF BUSINESS ADMINISTRATION
GEORGIA SOUTHERN UNIVERSITY

PLEASE REPLY TO:
POST OFFICE BOX 1398
STATESBORO, GEORGIA  30459
VOICE: 912/489-5162
FAX: 912/764-0840

June 30, 2008

TO WHOM IT MAY CONCERN:

Below is the fee schedule for services regarding appraisals of economic losses.

| | |
|---|---|
| Appraisal Fee: | $4,950.00 |
| Research and Consultation: | $350.00 an hour |
| Testimony Fee and Court Appearance: | $4,950.00 |
| Deposition Fee: | $2,475.00 |
| Travel Time: | $175.00 an hour |
| Mileage: | .51 per mile |

If you have any additional questions regarding my fees, please contact me at your earliest convenience.

Sincerely,

*Robert D. Coston Ph.D.*

Robert D. Coston, Ph.D.

lsw

## LIST OF CASES

1.  Attorney Lance A. Cooper/Client J. Wayne Stowers, M.D.

2.  Attorney Andrew W. Jones/Client Deidra E. Marsh

3.  Attorney Cale Conley/Client Freddie J. Johnson, Sr.

4.  Attorney Mark E. Robinson/Client Bartlett

5.  Attorney Randal D. Getz/Client DeMarcus Rowe

6.  Attorney Simone R. Siex/Client Joshua R. Norberg

7.  Attorney William B. King/Client Ashley A. Jones

8.  Attorney Susan Cremer/Client Carolyn S. Turnbull

9.  Attorney Raymond G. Chadwick, Jr./Client Fatisha Drayton, Mulika Simmons, and Mulik Simmons

10. Attorney Scott B. Cooper/Client Derrick L. Randall, Kanisha L. Reynolds, and Victor E. Reynolds

11. Attorney David Wm. Boone/Client Cedric A. Barovero

12. Attorney Gerald W. Bassett/Client Kathy Melinda Boatright

13. Attorney Robert C. Buck/Client Phyllis D. Hodges

14. Attorney Harvey R. Spieget/Client Cantrell

15. Attorney Peter L. Kaufman/Client Teri Murphy

16. Attorney Douglas J. Gunn/Client Lewis

17. Attorney George W. Fryhofer III/Client Neal

18. Attorney Albert M. Pearson/Client Steven Lynn

19. Attorney Lance Cooper/Client Howard

20. Attorney Douglas Kertscher/Client Ervast

21.  Attorney Patrick C. DiCarlo/Client Flexible Products

22.  Attorney Guy Weiss/Client Oxley

23.  Attorney Stephen L. Goldner/Client Nancy E. Edwards

24.  Attorney Frank W. Spector/Client Keiarra Davis

25.  Attorney Leigh Martin May/Clients Mr. Joshua P. Fowler and Mr. Anthony Fowler

26.  Attorney Barry L. Roseman/Client William Nolen Church

27.  Attorney Brent J. Savage/Client Ronald H. Pierson

28.  Attorney David Wm. Boone/Client Benny Ray Davenport

29.  Attorney Michael B. King/Client Ashley A. Jones

30.  Attorney Charles H. Allen/Client Donald D. Snyder

31.  Attorney Robert J. Dickman, Jr./Client Trevon Bethell

32.  Attorney David Wm. Boone/Client Adrian F. Bulman

33.  Attorney Andrew J. Hill, III/Client Hayden E. James

34.  Attorney Matthew E. Cook/Client Mallory Mitcham and Tony Mitcham

35.  Attorney Richard H. Middleton, Jr./Client Jerry Ray Gannon

36.  Attorney Joshua Sacks/Client Martha Ann Sellers

37.  Attorney Susan Cremer/Client Kyla Rosie Kesterson

38.  Attorney George W. Fryhofer, III/Client Gibson

39.  Attorney C. Wes Pittman/Client Wegreyn

40.  Attorney Robert L. Jenkins/Client Leon E. Fortner, Jr.

41.  Attorney David Boone/Client Winston Chen

42.  Attorney Jeffrey Lasky/Client Manuel S. Silvas, Jr.

43.  Attorney John C. Patton/Client Coy T. Musgrove

44.   Attorney David Wm. Boone/Joshua Coleman

45.   Attorney Craig Webster/Villegas

46.   Attorney Andrew J. Hill, III/Black

47.   Attorney Henry G. Garrard, III/Reynolds

48.   Attorney David W. Adams/Elijah P. Elliott

49.   Attorney Frederick S. Bergen/Jasmine Zhang

50.   Attorney James Nobles, Jr./Henry Fairbanks Richardson

51.   Attorney William H. Pinson/Jarrard

52.   Attorney Jason L. Crawford/Jo Ann Pierce

53.   Attorney LaBarron N. Boone/Willie Sam Martinez

54.   Attorney Frederick S. Bergen/Rose Blanton

55.   Attorney Timothy O'Brien/George Crocker

56.   Attorney Gerald Davidson/Long

57.   Attorney Alan Hamilton/Emily Neal

58.   Attorney Erik H. Olson/Antoinette D. Hastings

59.   Attorney Scott Cooper/D. Randall, K. Reynolds, V. Reynolds

60.   Attorney Elizabeth Pelypenko/Djatchi

61.   Attorney Matthew E. Cook/Kenneth D. Slaton

62.   Attorney Zachary H. Thomas/Keelan Moss

63.   Attorney James R. Coppage/Jessica Karwacki

64.   Attorney J. Bradley Stevens/Shannon Smith

65.   Attorney J. Michael McGarity/Tanner

66.   Attorney William S. Stone/Joel D. Martin

67.   Attorney Paul C. Ballou/James N. Pearce

68.   Attorney Steven Cotter/Tanner

69.   Attorney LaBarron N. Boone/Colette A. Martinez

70.   Attorney Matthew E. Cook/Lynn Burns

71.   Attorney George E. Fryhofer/Kimberly W. Hampton

72.   Attorney Zachary H. Thomas/Joseph D. Atkinson

73.   Attorney Christopher Byrd/Wahyu Kuntoaji and Ni Made Trisnawati

74.   Attorney Josh B. Wages/Alewine vs. Alewine

75.   Attorney Yehuda Smolar/Sanders

76.   Attorney D. Leon Ashford/Goyer

77.   Attorney Dale E. Akins/Jeremy Arriaga

78.   Attorney Matthew E. Cook/Kenneth Jason Bennett

79.   Attorney Leigh Martin May/Krystal G. Brazelton

80.   Attorney Mary Clare Bonaccorsi/Dr. Wood

81.   Attorney Lance Cooper/J. Campagna

82.   Attorney Williams Pinson/Mr. Jason Jody Jarrard

83.   Attorney David Wm. Boone/Staff Sergeant Stephanie I. Sherwood

84.   Attorney Leigh Martin May/Baby Boy Katz

85.   Attorney Peter Law/Thursby

86.   Attorney Susan M. Cremer/Kyle R. Kesterson

87.   Attorney Andrew J. Hill, III/Bentley

88.   Attorney Chrisna D. Jones/Margo T. Grice

89.   Attorney Jefferson Callier/Brinson

90.   Attorney Alan J. Hamilton/Frederick J. Williams

91.   Attorney Alan J. Hamilton/Lynn H. Wheeler

92.   Attorney Raymond G. Chadwick, Jr./Eiland

93.   Attorney Frederick J. Jekel/NFLPA/NFL

94.   Attorney Leigh Martin May/Beck

95.   Attorney Daniel B. Snipes/Todd E. Brady

96.   Attorney Craig H. Stafford/Na'im Harris

97.   Attorney Henry G.I Garrard, III/Reynolds

98.   Attorney Peter Law/Fitts

99.   Attorney PeterAndrew Lampros/Brad E. Foreman

100.   Attorney Carr G. Dodson/Hornbeck

101.   Attorney Peter Daughtery/Lozano

102.   Attorney Stephen L. Cotter/Hong Quy Vo and Lien Tran

Revised: 10/23/2008