IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 FEB -3  AM 9: 45

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| SCOTT VINCENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-067 |
| | ) | |
| GERALD JONES VOLKSWAGEN, INC., | ) | |
| d/b/a GERALD JONES HONDA; | ) | |
| AMERICAN HONDA MOTOR CO., INC.; | ) | |
| and TAKATA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**REVISED SCHEDULING ORDER**

Having reviewed the parties' "Consent Motion for Modification of Scheduling Order," (doc. no. 47), the Court **GRANTS IN PART**[1] the parties' request for an extension of time on all remaining deadlines as follows:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | March 20, 2009 |
| CLOSE OF DISCOVERY | May 2, 2009 |
| LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE | June 1, 2009 |

All other provisions of the October 24, 2008 Scheduling Order not revised herein shall remain in full force and effect. The parties should note that any further motions for extension in this case will have to be addressed to the District Judge.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] Rather than extending the deadlines ninety (90) days as requested by the parties, the Court will add forty-five (45) days to the remaining deadlines.