**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **SCOTT VINCENT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO:** |
| | ) | **CV108 067** |
| **AMERICAN HONDA MOTOR CO.,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION TO SEAL HIS SUR-REPLY BRIEF IN**
**OPPOSITION TO AMERICAN HONDA MOTOR CO., INC.'S**
**OBJECTION TO THE MAGISTRATE JUDGE'S ORDER ON**
**PLAINTIFF'S MOTION TO COMPEL**

SCOTT VINCENT, Plaintiff herein, respectfully requests that the Court

place his Sur-Reply Brief in Opposition to American Honda Motor Co., Inc.'s

Objection to The Magistrate Judge's Order on Plaintiff's Motion to Compel (Doc.

no. 153) under seal because Plaintiff has attached to that brief five pages of

documents which have been designated as confidential pursuant to a Protective

Order the parties previously agreed to and which was entered by the Court. (Doc.

no. 126). Plaintiff inadvertently failed to request that his Sur-Reply Brief should

be filed under seal when it was filed on July 28, 2009. The documents attached to

Plaintiff's Sur-Reply Brief (Doc. no. 153) should not be in the public record.

Respectfully submitted, this 31st day of July, 2009.

ROYAL & VAUGHAN, P.C.

_____
KENNETH L. ROYAL
GA Bar No: 617415
Attorneys for Plaintiff

Post Office Box 14664
Savannah, Georgia 31416
(912) 351-0084 Telephone
(912) 351-0085 Facsimile

AND

James E. Carter, Esq.
JAMES E. CARTER & ASSOCIATES
Post Office Box 9060
Savannah, Georgia 31412

AND

Charles C. Stebbins, III
WARLICK, TRITT, STEBBINS & MURRAY, LLP
Post Office Box 1495
Augusta, Georgia 30903-1495

# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

SCOTT VINCENT,                         )
                                       )
    PLAINTIFF,                  )
vs.                                    )        **CIVIL ACTION NO:**
                                       )        **CV108 067**
AMERICAN HONDA MOTOR CO.,              )
INC.,                                  )
                                       )
    DEFENDANTS.                 )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed **PLAINTIFF'S MOTION TO SEAL HIS SUR-REPLY BRIEF IN OPPOSITION TO AMERICAN HONDA MOTOR CO., INC.'S ("AHM" OR "HONDA") OBJECTION TO THE MAGISTRATE JUDGE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL** with the United States District Court Clerk for the Southern District of Georgia, Augusta Division, using the CM/ECF System which will automatically send email notification of such filing to the following attorneys of record:

Charles K. Reed, Esq. & Jill Kuhn, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia  30308

Christopher C. Spencer, Esq.
O'Hagan Spencer LLP
6806 Paragon Place
Suite 200
Richmond, VA 23230

This 31st day of July, 2009.

ROYAL & VAUGHAN, P.C.

KENNETH L. ROYAL
GA Bar No: 617415
Attorneys for Plaintiff

Post Office Box 14664
Savannah, Georgia 31416
(912) 351-0084 Telephone
(912) 351-0085 Facsimile

AND

James E. Carter, Esq.
JAMES E. CARTER & ASSOCIATES
Post Office Box 9060
Savannah, Georgia 31412

AND

Charles C. Stebbins, III
WARLICK, TRITT, STEBBINS & MURRAY, LLP
Post Office Box 1495
Augusta, Georgia 30903-1495