**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SCOTT VINCENT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No: 1:08CV067 |
| | ) | |
| | ) | |
| GERALD JONES VOLKSWAGEN, INC. | ) | |
| d/b/a GERALD JONES HONDA, | ) | |
| AMERICAN HONDA MOTOR CO., | ) | |
| AND TAKATA CORPORATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**MOTION TO FILE UNDER SEAL**

SCOTT VINCENT, Plaintiff herein, moves the Court to enter an order pursuant to Local

Rule 79.7 directing the Clerk to file under seal the depositions of James H. Raddin, Jr., M.D.,

S.M., Geoffrey Germaine, Ph.D., and Theodore Klaus and the exhibits contained therein.  These

depositions and exhibits contain, or may contain, confidential protected information subject to a

Protective Order the parties previously agreed to and which was entered by the Court (doc. no.

126).  To ensure compliance with the June 19, 2009 Protective Order (doc. no. 126), Plaintiff

requests that these materials be filed under seal restricted to parties of this lawsuit only and not

be in the public record.

A proposed Order is submitted herewith.

Respectfully submitted, this 13th day of August, 2009.

/s/   James E. Carter
James E. Carter
Georgia Bar No.:  114400
James E. Carter and Associates LLC
Post Office Box 22129

Savannah, Georgia  31403
Telephone:   (912) 236-7200
Fax:  (912) 236-4455

Charles C. Stebbins, III
Georgia Bar No.:  677350
Warlick, Tritt, Stebbins & Murray, LLP
Post Office Box 1495
Augusta, Georgia 30903
Telephone:  (706) 722-7543
Fax: (706) 722-1822


Kenneth L. Royal
Georgia Bar No.:  617415
Royal & Vaughn, P.C.
Post Office Box 14664
Savannah, Georgia  314416
Telephone:  (912) 351-0084
Fax: (912) 351-0085


Attorneys for Plaintiff

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on August 13, 2009 a copy of the foregoing Motion to File Under

Seal was filed with the Clerk of Court using the CM/ECT system, which will automatically send

email notification of such file to the following attorneys of record:

   Charles K. Reed, Esquire
   303 Peachtree Street, NE Suite 5300
   Atlanta, Georgia 30308

   Christopher C. Spencer
   O'Hagan Spencer LLP
   6806 Paragon Place, Suite 200
   Richmond, Virginia 23230

   This 13th day of August, 2009

         <u>s/ James E. Carter</u>
         James E. Carter
         Attorney for Plaintiff