2010 MAR 12 AM 11: 58

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SCOTT VINCENT, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | CIVIL ACTION No: |
| ) | CV1:08-cv- 067 |
| AMERICAN HONDA MOTOR CO., ) | |
| INC., ) | |
| DEFENDANT. ) | |

## MOTION TO FILE UNDER SEAL

SCOTT VINCENT, Plaintiff herein, moves the Court to enter an order pursuant to Local Rule 79.7 directing the Clerk to file under seal the deposition of Nicholas J. Durisek, P.D., P.E.. This deposition and exhibits contain, or may contain, confidential protected information subject to a Protective Order the parties previously agreed to and which was entered by the Court (doc. No. 126). To ensure compliance with the June 10, 2009 Protective Order (doc. No. 126), Plaintiff requests that these materials be filed under seal restricted to parties of this lawsuit only and not be in the public record.

A proposed Order is submitted herewith.

Respectfully submitted, this 12th day of March, 2010.

JAMES E. CARTER & ASSOCIATES

_____
JAMES E. CARTER
Georgia Bar No:114400

400 E. President Street
Savannah, Georgia 31401
(912) 236-2500 Telephone
(912) 236-455 Facsimile


Mr. Kenneth L. Royal
Royal & Vaughan, LLC
Central Park Suite 1601
340 Eisenhower Drive
Savannah, GA  31406
(912) 351-0084

Mr. Charles C. Stebbins, III
Warlick, Tritt, Stebbins & Murray
Post Office Box 1495
209 7th Street, 3rd FL (30901)
Augusta, GA  30903
(706) 722-7543

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SCOTT VINCENT, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | CIVIL ACTION No: |
| ) | CV1:08-cv-067 |
| AMERICAN HONDA MOTOR CO., ) | |
| INC., ) | |
| DEFENDANT. ) | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 12, 2010, I filed this Certificate of Filing and Service in regards to Plaintiff's Motion To File Under Seal the original transcript of Nicholas J. Durisek, Ph.D., P.E. with the Clerk of Court by hand delivering the original to the Clerk and depositing a copy of the same in the United States mail with adequate postage thereon to assure prompt delivery of such filing to the attorney(s) of record as follows:

Charles K. Reed
Jim C. Kuhn
Suneel C. Gupta
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia  30308

Christopher C. Spencer
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230

Marvin W. McGahee, Esq.
Brennan & Wasden, LLP
P.O. Box 8047
Savannah, GA  31412-8047

This 12th day of March, 2010.

_____
JAMES E. CARTER
GA Bar No: 114400

JAMES E. CARTER & ASSOCIATES, LLC
400 East President Street
Savannah, Georgia 31401
(912) 236-7200 Telephone
(912) 236-4455 Facsimile