## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| SCOTT VINCENT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No: 1:08CV067 |
| | ) | |
| GERALD JONES VOLKSWAGEN, INC. | ) | |
| d/b/a GERALD JONES HONDA, | ) | |
| AMERICAN HONDA MOTOR CO., | ) | |
| AND TAKATA CORPORATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

To the Honorable Clerk of this Court and to all Counsel of Record:

Please take notice that James E. Carter has joined the firm of Hurt Stolz & Cromwell, LLC.

Effective January 1, 2011, James E. Carter's new firm and address are as follows:

> James E. Carter
> Hurt Stolz & Cromwell, LLC
> 400 East President Street
> Savannah, Georgia 31401
> jcarter@hurtstolz.com

Please change your records to reflect the new firm.

Respectfully submitted.

ATTORNEY FOR PLAINTIFFS

/s/ James E. Carter
James E. Carter
Georgia Bar No: 114400

Hurt Stolz & Cromwell, LLC
400 E. President Street
Savannah, GA 31401

(912)236-7200 Telephone
(912) 236-4455 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify I have this day served a true and correct copy of the foregoing

Notice of Change of Address of Counsel with the Clerk of Court using the CM/ECF

system, which will automatically send e-mail notification of such filing to the following

attorneys:

Charles K. Reed
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia  30308

Christopher C. Spencer
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, Virginia 23230

This 23rd day of December, 2010.

/s/ James E. Carter
James E. Carter