IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SCOTT VINCENT, | ) | |
|     PLAINTIFF, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION No: CV108 067 |
| AMERICAN HONDA MOTOR CO., INC. | ) ) ) | |
|     DEFENDANT. | ) | |

**AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF INTENTION TO ASSERT THE NEGLIGENCE OR FAULT OF CANDICE VINCENT**

AMERICAN HONDA MOTOR CO., INC. ("AHM"), pursuant to O.C.G.A. § 51-12-33(d)(1), gives notice of its intention to assert the negligence of Candice Vincent, who was wholly or partially at fault in this matter, and respectfully shows the Court as follows:

1.

AHM is the only defendant in this action.

2.

Candice Vincent is a resident of Gloverville, South Carolina and her address is 435 Sarah Street.

3.

As shown in his expert report dated March 19, 2009, AHM's expert Dr. Nicholas Durisek stated that Candice Vincent's negligent operation of the subject 1999 Honda Accord was a direct cause of the automobile accident in this case.

4.

AHM expects to offer evidence through the testimony of Dr. Durisek and others that Candice Vincent was in fact negligent and that her negligence was a proximate cause of the subject accident and injuries sustained by plaintiff Scott Vincent.

WHEREFORE, American Honda Motor Co., Inc. prays that the Court inquire into this matter and entertain evidence on this matter and, if supported by the evidence, allow the jury in this case, pursuant to O.C.G.A. § 51-12-33(d)(1), to assess a percentage of fault attributable to Candice Vincent as part of the jury's verdict.

Respectfully submitted this 9th day of February, 2011.

MCKENNA LONG & ALDRIDGE LLP

*/s/Suneel C. Gupta*
Charles K. Reed, Esq.
Georgia Bar No.: 597597
Jill C. Kuhn, Esq.
Georgia Bar No.: 648990
Suneel C. Gupta, Esq.
Georgia Bar No: 591485

303 Peachtree Street - Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
creed@mckennalong.com
jkuhn@mckennalong.com
sgupta@mckennalong.com


Christopher C. Spencer, Esq. (admitted pro hac vice)
VSB No. 21878
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, Virginia 23230
(804) 285-5220
cspencer@ohaganspencer.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2011 a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record addressed to:

>James E. Carter, Esq.
>Hurt, Stolz & Cromwell,  LLC
>Post Office Box 22129
>Savannah, Georgia 31403
>
>Kenneth L. Royal, Esq.
>Royal & Vaughan, PC
>Post Office Box 14664
>Savannah, Georgia 31416
>
>Charles C. Stebbins, III, Esq.
>Warlick, Tritt, Stebbins & Murray, LLP
>Post Office Box 1495
>Augusta, Georgia 30903

>>*/s/ Suneel C. Gupta.*_____
>>Suneel C. Gupta, Esq.