IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 MAY 20 P 3 35

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| SCOTT VINCENT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) CV 108-067 |
| AMERICAN HONDA MOTOR CO., INC., | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion to File Under Seal the original deposition exhibits of Theodore Klaus with the original deposition filed under seal in Document Number 172. Upon consideration of Plaintiffs' Motion and for good cause shown, the Motion is GRANTED. It is hereby ORDERED that the Clerk's office shall file these documents under seal.

So Order entered this 20th day of May, 2011.

_____
United States District Court Judge
Southern District of Georgia
Augusta Division

5